## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | C.A. No. 1:21-cv-00072-CFC |
| v. | ) | JURY TRIAL DEMANDED |
| VIKING TECHNOLOGIES, LLC, | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC.'S
## MOTION TO DISMISS

Plaintiff FedEx Supply Chain Logistics and Electronics, Inc. ("FedEx") respectfully moves this Court for an Order, substantially similar to the proposed order attached hereto, dismissing Defendant Viking Technologies, LLC's Counterclaims to FedEx's Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

The grounds for this Motion are further set forth in FedEx's Opening Brief in Support of its Motion to Dismiss, which is being filed contemporaneously herewith.

YOUNG CONAWAY STARGATT &
TAYLOR, LLP


*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
OF COUNSEL:                          1000 North King Street
                                     Wilmington, DE 19801
Katherine Vidal (*pro hac vice*)     (302) 571-6600
WINSTON & STRAWN LLP                 *apoff@ycst.com*
275 Middlefield Road, Suite 205      *swilson@ycst.com*
Menlo Park, CA 94025
(650) 858-6500
kvidal@winston.com                   *Attorneys for Defendant FedEx Supply*
                                     *Chain Logistics and Electronics, Inc.*
Jeanifer E. Parsigian (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th floor
San Francisco, CA 94111
(415) 591-1000
jparsigian@winston.com