IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., <br><br>    *Plaintiff,* <br><br>    v. <br><br> VIKING TECHNOLOGIES, LLC, <br>    *Defendant.* | ) ) ) ) ) C.A. No. 21-072-CFC ) ) JURY TRIAL DEMANDED ) ) ) ) |

**DECLARATION OF KATHERINE VIDAL IN SUPPORT OF PLAINTIFF'S NOTICE REGARDING FEDEX'S PENDING <u>RULE 11 MOTION FOR SANCTIONS</u>**

I, Katherine Vidal, declare as follows:

1. I am an attorney of law of the State of California and a partner at Winston & Strawn LLP, attorneys for Plaintiff FedEx Supply Chain Logistics and Electronics, Inc. ("FedEx") in the above captioned manner. As such, I have personal knowledge of the facts set forth herein.

2. I submit this Declaration in support of Plaintiff's Notice regarding FedEx's Motion for Sanctions under Federal Rule of Civil Procedure 11, 35 U.S.C. § 285, and the Inherent Powers of the Court (ECF No. 18).

3. Based on my personal knowledge, including from having sent and received the relevant emails, the attached Exhibit 1 is a true and correct copy of an

1

email chain dated May 7, 2021, through June 8, 2021, between myself and Mr. Mark Raskin, counsel for Defendant Viking Technologies, LLC.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of June 2021 in Menlo Park, CA.

<em>/s/ Katherine Vidal</em><br>Katherine Vidal

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on June 15, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Stephen B. Brauerman
>Ronald P. Golden III
>BAYARD P.A
>600 N. King Street, Suite 400
>Wilmington, DE 19801
>(302) 655-5000
>sbrauerman@bayardlaw.com
>rgolden@bayardlaw.com
>
>*Attorneys for Defendant Viking Technologies, LLC*

I further certify that on June 15, 2021, I caused a copy of the foregoing document to be served by e-mail on the above listed counsel as well as the following counsel:

>Mark Raskin
>Robert A. Whitman
>Michael DeVincenzo
>Andrea Pacelli
>Charles Wizenfeld
>Eric Berger
>John Petrsoric
>Elizabeth Long
>KING & WOOD MALLESONS LLP
>500 5th Avenue, 50th Floor
>New York, New York 10110
>(212) 319-4755

        mark.raskin@us.kwm.com
        robert.whitman@us.kwm.com
        michael.devincenzo@us.kwm.com
        andrea.pacelli@us.kwm.com
        charles.wizenfeld@us.kwm.com
        eric.berger@us.kwm.com
        john.petrsoric@us.kwm.com
        elizabeth.long@us.kwm.com

*Attorneys for Defendant Viking Technologies, LLC*

        YOUNG CONAWAY STARGATT
        & TAYLOR, LLP

        */s/ Adam W. Poff*
        Adam W. Poff (No. 3990)
        Samantha G. Wilson (No. 5816)
        Rodney Square
        1000 North King Street
        Wilmington, Delaware 19801
        (302) 571-6600
        apoff@ycst.com
        swilson@ycst.com

Dated: June 15, 2021         *Attorneys for Plaintiff FedEx Supply Chain Logistics and Electronics, Inc.*