# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., | )<br>)<br>) |
| Plaintiff, | ) C.A. No. 21-72-CFC |
| v. | ) JURY TRIAL DEMANDED |
| VIKING TECHNOLOGIES, LLC, Defendant. | )<br>)<br>) |

### PLAINTIFF/COUNTERCLAIM-DEFENDANT'S MOTION FOR DECLARATION OF EXCEPTIONAL CASE AND AWARD OF ATTORNEY FEES UNDER 35 U.S.C. § 285

Pursuant to 35 U.S.C. § 285 and Rule 54(d) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim-Defendant FedEx Supply Chain Logistics and Electronics, Inc. ("FedEx") respectfully moves for an Order, substantially similar to the proposed order attached hereto, granting its motion and directing FedEx to submit evidence of its reasonable fees by a date certain. The grounds for this motion are set forth in FedEx's Opening Brief in Support of Motion for Attorneys' Fees Under Federal Rule of Civil Procedure 54 and 35 U.S.C. § 285, filed contemporaneously herewith.

| | |
|---|---|
| Dated: June 22, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel*: | /s/ *Adam W. Poff* |
| | Adam W. Poff (No. 3990) |
| Kathi Vidal | Samantha G. Wilson (No. 5816) |
| WINSTON & STRAWN | Rodney Square |
| 275 Middlefield Road, Suite 205 | 1000 North King Street |
| Menlo Park, California 94025 | Wilmington, DE 19801 |
| Telephone: (650) 858-6425 | (302) 571-6600 |
| *kvidal@winston.com* | *apoff@ycst.com* |
| | *swilson@ycst.com* |
| | *Attorneys for Plaintiff FedEx Supply Chain Logistics and Electronics, Inc.* |