# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> VIKING TECHNOLOGIES, LLC, <br> *Defendant*. | ) ) ) ) ) ) C.A. No. 21-72-CFC-JLH ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) |

# **[PROPOSED] ORDER**

Having considered Plaintiff/Counterclaim-Defendant FedEx Supply Chain Logistics and Electronics, Inc.'s ("FedEx") Motion for Attorneys' Fees Under Federal Rule of Procedure 54 and 35 U.S.C. § 285 ("Motion") and the papers submitted in connection therewith,

IT IS HEREBY ORDERED this _____ day of _____, 2021, that FedEx's Motion is GRANTED.

IT IS FURTHER ORDERED that the parties shall meet and confer and, no later than _____, file a proposed schedule for FedEx's submissions of its requested attorney fees and nontaxable costs and supporting evidence.

_____
J.

# **CERTIFICATE OF SERVICE**

I, Adam W. Poff, hereby certify that on June 22, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Stephen B. Brauerman
>Ronald P. Golden III
>BAYARD P.A
>600 N. King Street, Suite 400
>Wilmington, DE 19801
>(302) 655-5000
>sbrauerman@bayardlaw.com
>rgolden@bayardlaw.com
>
>*Attorneys for Defendant Viking Technologies, LLC*

I further certify that on June 22, 2021, I caused a copy of the foregoing document to be served by e-mail on the above listed counsel as well as the following counsel:

>Mark Raskin
>Robert A. Whitman
>Michael DeVincenzo
>Andrea Pacelli
>Charles Wizenfeld
>Eric Berger
>John Petrsoric
>Elizabeth Long
>KING & WOOD MALLESONS LLP
>500 5th Avenue, 50th Floor
>New York, New York 10110
>(212) 319-4755

mark.raskin@us.kwm.com
robert.whitman@us.kwm.com
michael.devincenzo@us.kwm.com
andrea.pacelli@us.kwm.com
charles.wizenfeld@us.kwm.com
eric.berger@us.kwm.com
john.petrsoric@us.kwm.com
elizabeth.long@us.kwm.com

*Attorneys for Defendant Viking Technologies, LLC*

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff FedEx Supply Chain Logistics and Electronics, Inc.*

Dated: June 22, 2021