# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., | ) ) ) | |
| | ) | |
| *Plaintiff,* | ) | C.A. No. 1:21-CV-00072-CFC-JLH |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | **REDACTED VERSION** |
| VIKING TECHNOLOGIES, LLC, | ) | |
| *Defendant.* | ) | |
| _____ | ) | |

## DECLARATION OF KATHERINE VIDAL IN SUPPORT OF PLAINTIFF'S NOTICE REGARDING FEDEX'S PENDINGMOTION FOR ATTORNEYS' FEES UNDER <u>FEDERAL RULE OF CIVIL PROCEDURE 54 AND 35 U.S.C. § 285</u>

Dated: June 22, 2021


OF COUNSEL:


Katherine Vidal (*pro hac vice*)
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
(650) 858-6500
kvidal@winston.com


Jeanifer E. Parsigian (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th floor
San Francisco, CA 94111
(415) 591-1000
jparsigian@winston.com


William M. Logan (*pro hac vice*)
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
(713) 651-2600
wlogan@winston.com

Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Young Conaway Stargatt &
Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*apoff@ycst.com*
*swilson@ycst.com*


*Attorneys for Plaintiff FedEx Supply
Chain Logistics and Electronics, Inc.*

28267723.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., | ) ) ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) |
| VIKING TECHNOLOGIES, LLC, *Defendant.* | ) ) ) ) ) |

C.A. No. 1:21-CV-00072-CFC

JURY TRIAL DEMANDED

**DECLARATION OF KATHERINE VIDAL IN SUPPORT OF**
**PLAINTIFF'S NOTICE REGARDING FEDEX'S PENDING**
**MOTION FOR ATTORNEYS' FEES UNDER FEDERAL RULE OF CIVIL**
**PROCEDURE 54 AND 35 U.S.C. § 285**

I, Katherine Vidal, declare as follows:

1.      I am an attorney of law of the State of California and a partner at Winston & Strawn LLP.  My firm and I, along with attorneys from the law firm of Young Conway Stargatt & Taylor, LLP ("Young Conaway"), are counsel for Plaintiff FedEx Supply Chain Logistics and Electronics, Inc. ("FedEx") in the above-titled action. My firm and Young Conaway have been counsel to FedEx since the inception of this lawsuit, and I personally was the lead attorney throughout. It is in that capacity that I obtained personal knowledge of the facts described herein.

2.      My firm and I and Young Conway also represented FedEx Supply Chain, Inc. ("FSC") in Case No. 1:20-cv-01511-CFC, *Viking Technologies, LLC v. FedEx Supply Chain, Inc.* (D. Del. Nov. 19, 2020).

3.      I submit this Declaration in support of Plaintiff/Counterclaim-Defendant's Motion for Attorneys' Fees Under Federal Rule of Civil Procedure 54 and 35 U.S.C. § 285.

1

4.      Through my practice and experience, I am familiar with the normal and customary fees charged for legal services in the District of Delaware considering the time expended, the amount in controversy, the complexity of the case, the experience, reputation, ability and billing rates of the attorneys and staff involved, the expertise involved, and other relevant criteria. *See, e.g.*, *Route1 Inc. v. AirWatch LLC*, C.A. No. 17-331-KAJ, 2020 WL 1955436 (D. Del. Apr. 23, 2020). I am also aware of other court opinions issued by the United States District Court for the District of Delaware, the United States Court of Appeals for the Federal Circuit, and other courts governing the award of fees in cases such as this. I am knowledgeable of the fees and work required to litigate a case such as this to final judgment.

5.      Based on my personal knowledge and a review of the invoices from Winston & Strawn, I estimate that from January 25, 2021 and May 31, 2021, FedEx has incurred $301,773.47 in attorneys' fees for prosecuting and defending this matter.  Based on my personal knowledge and a review of the invoices from Winston & Strawn, I estimate that before January 25, 2021 FedEx and FSC incurred $170,747.68 in attorneys' fees related to this matter and to the related matter Case No. 1:20-cv-01511-CFC, *Viking Technologies, LLC v. FedEx Supply Chain, Inc.* (D. Del. Nov. 19, 2020). A true and correct summary chart showing the total amount of attorney fees billed to FedEx and FedEx Supply Chain by Winston & Strawn in this matter, including the identification of each attorney and support staff involved in this matter, billing rates, and total hours, is attached hereto as Exhibit 1.

6.      In addition, based on consultation with attorneys at Young Conaway, I estimate that from January 25, 2021 and May 31, 2021, FedEx has incurred in this matter $28,041.10 in fees from Young Conway.  In addition, based on consultation with attorneys at Young Conaway, I estimate that before January 25, 2021, FedEx has incurred in this matter $6,536.50 in fees from

Young Conway related to this matter and to the related matter Case No. 1:20-cv-01511-CFC, *Viking Technologies, LLC v. FedEx Supply Chain, Inc.* (D. Del. Nov. 19, 2020). A true and correct summary chart showing the total amount of attorney fees billed to FedEx by Young Conway in this matter, including the identification of each attorney and support staff involved in this matter, billing rates, and total hours, is also attached hereto as Exhibit 1.

7.      Attached as Exhibit 2 are biographies of the attorneys who billed time on this case and for whom FedEx seeks to recover fees.

8.       Based on my practice and experience, the fees described herein were, are, and will be reasonably and necessarily incurred in defending this case.[1] I believe that the total amount of fees is extremely reasonable for a case of this nature considering the legal issues and briefing that were required. The fees are also appropriate for the skill level of the attorneys involved, the complexity of the case, and the normal and customary fees charged for patent litigation in the District of Delaware.

9.      I understand that the Advisory Committee Notes to Fed. R. Civ. P. 54 contemplate that additional documentation of fee expenditures and a more precise numerical figure will be provided pursuant to additional briefing at the Court's instruction.

12.       Attached as Exhibit 3 to this declaration is a true and correct copy of the public version of Viking's June 8, 2021 Notice of Dismissal in this case.

---

[1] FedEx will continue to incur fees through the conclusion of briefing on its Motion for Attorney fees Under 35 U.S.C. § 285 ("Motion") and will supplement its fee submissions if the Motion is granted.

10.     Attached to this Declaration as Exhibit 4 is a true and correct copy of FedEx's Feb. 4, 2021 Rule 11 Letter to Viking.

* * *

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 22nd day of June, 2021 in Menlo Park, CA.


*/s/ Katherine Vidal*
Katherine Vidal

4