# Exhibit 1

## REDACTED

**Attorney Fees Incurred by Winston & Strawn**

**Before January 25, 2021**

| Timekeeper Name | Position | Hours | Rate | Fees | Total |
|---|---|---|---|---|---|
| Dalke, David | Attorney | ██ | ████ | ████ | ████ |
| Krishnan, Vivek | Attorney | ██ | ████ | ████ | ████ |
| McCray, DaWanna | Attorney | ██ | ████ | ████ | ████ |
| Netikosol, Joe | Attorney | ██ | ████ | ████ | ████ |
| Parsigian, Jeanifer | Attorney | ██ | ████ | ████ | ████ |
| Reig-Plessis, Eimeric | Attorney | ██ | ████ | ████ | ████ |
| Vidal, Kathi | Attorney | ██ | ████ | ████ | ████ |
| Winter, Gregory | Attorney | ██ | ████ | ████ | ████ |
| Quan, Liberty | Paralegal | ██ | ████ | ████ | ████ |
| Mantel, Matthew | Sr. Research Analyst | ██ | ███ | ████ | ████ |
| Total | | | | | ████ |

**January 25, 2021 to May 31, 2021**

| Timekeeper Name | Position | Hours | Rate | Fees | Total |
|---|---|---|---|---|---|
| Dalke, David | Attorney | ██ | | ████ | ████ |
| Lin, Sharon | Attorney | ██ | | ████ | ████ |
| Logan, William | Attorney | ██ | | ████ | ████ |
| Netikosol, Joe | Attorney | ██ | | ████ | ████ |
| Parsigian, Jeanifer | Attorney | ██ | | ████ | ████ |
| Reig-Plessis, Eimeric | Attorney | ██ | ███ | ███ | ████ |
| Vidal, Kathi | Attorney | ██ | ███ | ███ | ████ |
| Yaquian, Juan | Attorney | ██ | ███ | ███ | ████ |
| Quan, Liberty | Paralegal | ██ | ███ | ███ | ████ |
| Total | | | | | ████ |

1

**Attorney Fees Incurred by Young Conaway Stargatt & Taylor, LLP**

**Before January 25, 2021**

| Timekeeper | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Poff, Adam | Partner | ■■ | ■■■■■ | ■■■■■ |
| Wilson, Samantha | Associate | ■■ | ■■■■ | ■■■■ |
| Meehan, Maura | Paralegal | ■ | ■■■ | ■■ |
| Hartzell, Thomas | Paralegal | ■■ | ■■■■ | ■■■■ |
| Total | | ■■ | | ■■■■ |

**January 25, 2021 to Today**

| Timekeeper | Position | Hours | Rate | Fees |
|---|---|---|---|---|
| Poff, Adam | Partner | ■■ | ■ | ■■ |
| Wilson, Samantha | Associate | ■■ | ■ | ■■ |
| Ecker, Joseph | Associate | ■ | ■ | ■ |
| Hartzell, Thomas | Paralegal | ■ | ■ | ■ |
| Fanelli, Dominic | Paralegal | ■■ | ■ | ■■ |
| Total | | ■■ | | ■■ |

Exhibit 2





## David P. Dalke, Ph.D.

Of Counsel, Los Angeles
+1 213-615-1938
ddalke@winston.com

**David is both a scientist and registered patent attorney with a background in immunology, genetically engineered monoclonal antibodies, and molecular biology. He has experience representing clients on matters related to life sciences including, biotechnology, nanotechnology, biochemistry, pharmaceuticals, medical devices, gene therapy, antisense technology, as well as gaming machine software, and bar code scanning technology.**

| | |
|---|---|
| **Services** | Intellectual Property, Patent Litigation, Patent Prosecution, Litigation |
| **Sectors** | Pharmaceuticals & Medical Devices |
| **Admissions** | California |
| | New York |
| **Court Admissions** | Central District of California |
| **Education** | Chicago-Kent College of Law, JD, 1997 |
| | Northwestern University, PHD, 1994 |
| | Saint Mary's College, BA, 1989 |

Dr. David Dalke focuses his practice on all aspects of patent and technology law, including patent litigation, portfolio management, strategic counseling, and prosecution. He has represented pharmaceutical clients in technologies ranging from injectable antibiotics to sublingual films and transdermal patches to deliver active ingredients used to treat pain and opioid addiction. Additionally, David has biosimilar experience working on cases involving genetically engineered monoclonal antibodies used to treat a variety of maladies, including rheumatoid arthritis.

## Experience

David's representative matters include:

- Representing a global, integrated specialty pharmaceutical company in the District of Delaware in ANDA litigation relating to buccal films for treating opioid dependence.

- Represented a global, integrated specialty pharmaceutical company in the District of Delaware in ANDA litigation relating to transdermal patches for treating pain.

- Represented a global, integrated specialty pharmaceutical company in the District of Delaware in ANDA litigation relating to methods for manufacturing sublingual films for treating opioid dependence.

© 2021 Winston & Strawn LLP

- Represented a global, integrated specialty pharmaceutical company in the District of Delaware in ANDA litigation relating to a sublingual film for treating opioid dependence.

- Represented a worldwide leader in generic pharmaceuticals in a patent infringement matter in the Northern District of California and the District of Massachusetts for technology relating to a biosimilar for treating rheumatoid arthritis.

- Represented a pharmaceutical manufacturer in ANDA litigation in the District of Delaware relating to an injectable antibacterial drug.

- Represented a global provider of integrated communications in a patent infringement matter brought by a non-practicing entity in the Northern District of Illinois for technology relating to use of barcodes to verify and authenticate mail objects.

- Represented a computer peripherals supplier in a patent infringement matter pending in the District of Oregon for technology relating to covers for electronic tablets.

- Represented a global pharmaceutical company in an international arbitration involving a licensing dispute over technology relating to RNA oligomers, including modified nucleosides.

- Represented a world leader in the food and beverage industry in a patent infringement matter brought by a non-practicing entity in the Central District of California for technology relating to software for on-line product design. The case settled soon after a favorable Markman ruling.

- Represented a leading manufacturer of slot machines in a patent infringement matter brought by a non-practicing entity in the District of Nevada for technology relating to electronic slot machines.

- Represented a global medical technology company in a patent infringement matter brought by a non-practicing entity in the Southern District of California for technology relating to computer-assisted, stereotactic surgical procedures.

- Represented a leading manufacturer of slot machines and casino management systems in the District of Delaware in the damages phase of a bifurcated patent litigation, after summary judgment of infringement and no invalidity was affirmed by the Federal Circuit.

- Represented a leading slot machine manufacturer in a trade secret misappropriation case in Nevada state court that settled favorably after the first day of a preliminary injunction hearing.

## Activities

- Member of the American Bar Association

- Member of the American Intellectual Property Law Association

- Co-Chair of the Diagnostics and Gene Patents Subcommittee of the Biotechnology Committee

- Los Angeles Association of Business Trial Lawyers

- Previously served on the board of directors for Concept 7 Family Support and Treatment Centers (2005-2010)

- Previously served on the board of directors of Trabuco Canyon Little League (2010-2012)

David is active in pro bono matters, including the representation of a federal inmate in his petition to vacate his conviction, sentence, and for a new trial per 28 U.S.C. § 2255 in the District of South Carolina. Additionally, he has represented a Los Angeles family in its efforts to adopt a set of twins, has participated in the Innocence Project, and worked with a former U.S. Marine to upgrade his discharge status.

## Credentials

David received a B.A. in Biology, *summa cum laude*, from Saint Mary's College of Minnesota in 1989. He received his Ph.D. in Immunology from Northwestern University in 1994. His research focused on the formation, modulation, and dissociation of naturally processed antigen-MHC class II complexes in murine B lymphocytes, which has long-term implications for increasing efficacy of drug design and delivery systems. He received his J.D. from Chicago-Kent College of Law in 1997, where he served as associate editor of the *Chicago-Kent Journal of Intellectual Property*.

## Publications & Speaking Engagements

### Speeches

- Co-Presenter with David Enzminger, "Developments in Intellectual Property Law – What Every General Counsel Should Know," Association of Corporate Counsel - Southern California Chapter, Doubleheader, Los Angeles, CA (November 2013)

- Co-Lecturer, "Representing the Generic Company," Medical Products and the Law, University of Southern California, International Center for Regulatory Science (November 2013, 2014)

- Speaker, "The Business of Science: Synopsis of Patent Law and Overview of the Hatch-Waxman Law," University of California at Irvine, Paul Merage School of Business (May 2007; November 2007; February 2008)

- Speaker, "Current Developments in Ethics for In-House Lawyers," Corporate Counsel Seminar Series, Newport Beach (March 2006; October 2007)

- Speaker, "How to Protect Your IP Assets and Keep Yourself in the Game: Strategic IP Planning," Staples Center Event (April 2003)

### Publications

- David P. Enzminger and David P. Dalke, "Selecting a Litigation Forum From Among the District Courts and the International Trade Commission," 2010 PLI Patent Litigation Program, at 283.

- George C. Yu, David P. Dalke, and Ben Wang, "A Framework for Protecting Innovations in Personalized Medicine," Life Sciences Law & Industry (BNA, Inc., Feb. 27, 2009).

### Scientific Publications, Abstracts, and Presentations

- A.E. Faassen, D.P. Dalke, M.T. Berton, W.D. Warren, and S.K. Pierce, CD40-CD40 *Ligand Interactions Stimulate B Cell Antigen Processing*, 25 Eur. J. Immunol. 3249-3255 (1995).

- D.P. Dalke, *Formation, Modulation, and Dissociation of Naturally Processed Antigen-MHC Class II Complexes in Murine B Lymphocytes* (1994) (Ph.D. dissertation, Northwestern University).

- Y. Qiu, X. Xu, A. Wandinger-Ness, D.P. Dalke, and S.K. Pierce, *Separation of Subcellular Compartments Containing Distinct Functional Forms of MHC Class II*, 125 J. Cell Biol. 595-605 (1994).

- S.K. Pierce, A.E. Faassen, Y. Qiu, X. Xu, P. Schafer, and D.P. Dalke, *Regulation of Antigen Processing and Presentation in B Lymphocytes, in Regulation of Antigen Processing* (R. Humphrey and S.K. Pierce, editors, Academic Press, 1993).

- E.W. Marsh, D.P. Dalke, and S.K. Pierce, *Biochemical Evidence for the Rapid Assembly and Disassembly of Processed Antigen-MHC Class II Complexes in Acidic Vesicles of B Cells*, 175 J. Experimental Med. 425-436 (1992).

- D.P. Dalke, and S.K. Pierce, *The Disassembly of Processed Antigen-Class II Complexes*, FASEB Annual Meeting at Anaheim, California (1992).

© 2021 Winston & Strawn LLP

- D.P. Dalke, *Antigen Processing and Presentation in B Lymphocytes*, Biology Department Seminar at St. Mary's College of Minnesota, Winona, Minnesota (1992).

- D.P. Dalke, E.W. Marsh, and S.K. Pierce, *Both Assembly and Disassembly of Processed Antigen-MHC Class II Complexes Require Acidic Vesicle Function*, American Society for Cell Biology Annual Meeting at Boston, Massachusetts (1991).





## William G. Fox

Associate, Dallas
+1 214-453-6417
wfox@winston.com

**William's prior experience includes clerking for a Texas Supreme Court Justice and a Federal District Court Judge in Dallas, as well as successfully trying a case to a jury in Texas state court.**

| | |
|---|---|
| **Services** | Litigation |
| **Admissions** | Texas |
| **Clerkships** | Texas Supreme Court for the Honorable Justice John Devine<br>USDC - Northern District of TX for the Honorable Jane Boyle |
| **Education** | Duke University, JD, 2016<br>University of Virginia, BA, 2013 |

Prior to joining the firm, William served as a law clerk to Associate Justice John Devine of the Supreme Court of Texas and to Judge Jane Boyle of the United States District Court for the Northern District of Texas. During his clerkship, William not only worked through numerous complex legal problems, but also gained valuable knowledge of Texas and federal procedure, effective advocacy in trial and appellate settings, and how judges work through issues at every stage of litigation.

In addition, William was part of a trial team that won a jury verdict for a home builder in a construction dispute in Rusk County, Texas District Court. During trial, William gained valuable courtroom experience by giving the opening statement and questioning a key witness.

## Credentials

William received B.A.'s in Political Philosophy, Policy, and Law (PPL), with High Distinction, and History in 2013 from the University of Virginia, where he was a member of the Jefferson Literary and Debating Society. He received a J.D., *cum laude*, in 2016 from Duke University, where he was a Moot Court Board member, an Executive Editor of the *Law & Contemporary Problems* law journal, and a member of the Appellate Litigation Clinic.

© 2021 Winston & Strawn LLP





## Vivek V. Krishnan

Associate, Chicago
+1 312-558-9508
vkrishnan@winston.com

**Vivek is an IP litigator with significant experience in patent litigation, PTAB litigation, and technology transactions.**

| | |
|---|---|
| **Services** | Intellectual Property, Patent Litigation, International Trade Commission – Section 337 Litigation, Litigation, Patent Trial & Appeal Board Proceedings, IP/IT Transactions & Licensing |
| **Sectors** | Pharmaceuticals & Medical Devices, Technology, New Media & Telecommunications |
| **Admissions** | Illinois |
| **Education** | University of Chicago, JD, 2014<br>University of Illinois, BS, 2006 |

Vivek Krishnan is an intellectual property associate in the firm's Chicago office, who focuses his practice on complex patent and IP litigation and corporate transactions counseling.

Vivek has substantial experience in federal district and appellate court litigation, ITC litigation, PTAB litigation, patent prosecution (both as an attorney and a patent examiner), and IP corporate transaction counseling, due-diligence, and opinion work.

His representative experience includes successfully arguing motions in federal and state court, taking and defending depositions, and briefing case dispositive and discovery related motions.

Vivek's experience involves a wide range of technologies, including:

- Telecommunications, computer, and wireless networks.
- Devices / Equipment – including set-top boxes, mobile phones, televisions/displays, routers/gateways, and printers.
- Microprocessors, integrated circuits and semiconductors, and memory devices.
- Oil drilling technologies.
- Automotive components and electronics, and freight train systems.
- Software and operating systems, virtual machines, mobile applications, databases, search technologies, big data, cloud services.
- Banking systems and payment card technologies.

- Security and cryptography technologies.

- Medical devices.

- Pharmaceutical drug products.

## Experience

Vivek has been to trial several times and is experienced in various aspects of federal litigation including arguing motions in federal and state court; taking and defending depositions; preparing expert and fact witnesses for depositions and trial; preparing various trial documents including direct and cross-examination outlines and demonstratives; preparing claim construction briefing and presentations; drafting and responding to motions at several stages of litigation including various case dispositive and discovery motions; drafting discovery requests and responses, and developing central invalidity/validity and non-infringement/infringement theories, including in expert reports, in contentions, and in analyzing specifications and software to identify critical case themes.

Vivek has a track record of quickly and successfully resolving intellectual property cases for a broad range of clients. He has substantive experience in a variety of venues and technologies and brings this perspective to bear in his cases. The following highlights some of his experience:

**Litigation Experience**

Vivek has experience several federal district court venues including the District of Delaware, Eastern District of Texas, Northern District of Texas, Eastern District of Virginia, Northern District of California, and Central District of California. His representative experience is provided below:

- Represents large bank as defendant in a patent case related to wireless messaging in the Northern District of Texas.

- Represents multi-national video game companies as defendants in a patent case related to computer networks in the District of Delaware.

- Represented card company as defendant in a patent case related to payment card technology in the District of Colorado.

- Represented major European enterprise solutions corporation in a patent case related to software algorithms in the Northern District of Texas. Obtained early dismissal of case based on patent subject matter ineligibility.

- Represented multi-national vision care company who was plaintiff in a patent case related to the manufacture of eye glass lenses in the Eastern District of Virginia. Obtained favorable settlement for client.

- Represented defendant in a patent case related to customer relationship management software in E.D. Texas. Obtained dismissal with prejudice of all claims early in the case (prior to a claim construction ruling).

- Represented American aerospace and systems engineering corporation as defendant in a patent case related to microprocessors.

- Represented American aerospace and systems engineering corporation as defendant in a patent case related to automotive equipment.

In addition, Vivek was part of a team that successfully briefed and argued an appellate motion before the Federal Circuit related to patent-eligible subject matter.

Vivek has represented clients at several hearings at the International Trade Commission. His representative experience is provided below.

© 2021 Winston & Strawn LLP

- Represented a pharmaceutical and medical device company as Complainant in a patent case related to the importation of drug products.

- Represented a major cable and telecommunications company as Respondent in two different ITC cases related to set top boxes and interactive guides.

**PTAB Litigation Experience (Inter Partes Review):**

Vivek has been successful in winning as well as defeating institution of IPR petitions. His representative experience is provided below:

- Drafted IPR petitions related to memory devices on behalf of a large South Korean semiconductor company.

- Drafted IPR petitions related to data compression on behalf of a multinational computer technology company.

- Drafted IPR petitions related to video and image encoding and decoding on behalf of a multinational company that manufactures networking and telecommunications equipment.

**IP Transaction and Counseling Experience:**

- Providing advice and revising intellectual property provisions in business deals (including financing and software agreements) and government contracts.

- Performing IP and technology due-diligence analysis for mergers and acquisitions.

- Preparing litigation settlement agreements.

- Preparing freedom to operate, infringement, and invalidity analyses and opinions.

- Preparing memoranda on litigation risk regarding copyrights and DMCA.

**Patent and Trademark Prosecution**

- Drafting dozens of patent applications related to networks, virtual machines, debugging, storage, security, mobile devices/applications, and big data systems.

- Prosecuting dozens of U.S. and international patent applications related to electronic systems, displays, storage, and medical and mechanical devices.

- Prosecuting trademark applications.

- Examining patent applications for four years as a patent examiner at the United States Patent and Trademark Office (USPTO).

## Honors & Awards

Vivek was named to Best Lawyers: Ones to Watch 2021.

## Activities

Vivek actively participates in pro bono matters. He has represented a civil rights litigant in a 1983 case in the Northern District of Illinois. He has also worked to vacate and seal criminal convictions in IL state courts under the IL Justice for Victims of Sex Trafficking and under the Illinois vacatur and sealing statutes. Vivek has also represented individuals seeking deferred action under DACA (Deferred Action for Childhood Arrivals).

Vivek is a member of the South Asian Bar Association of North America (SABA) and the National Asian Pacific American Bar Association (NAPABA)

Prior to law school, Vivek worked for several years as a patent examiner at the United States Patent and Trademark Office (USPTO) and has an intimate familiarity with the USPTO rules and procedures.

## Credentials

Vivek received his B.S., *summa cum laude*, in Electrical Engineering from the University of Illinois at Urbana-Champaign in 2006, where he conducted research in artificial intelligence and computer vision. He received his J.D. from the University of Chicago Law School in 2014, where he was a Ruth Wyatt Rosenson Scholar.

## Publications & Speaking Engagements

Vivek is a regular contributor to the firm's monthly *Federal Circuit Patent Decision Summaries*. In 2016, he published an article titled, "An Analysis of Post-Grant Review and *Inter Partes* Review: Who is a 'Privy' or a 'Real Party in Interest' and What Constitutes 'Reasonably Could Have Raised' Estoppel?" in the *Virginia Journal of Law & Technology.*





## Sharon Lin

Associate, Washington, DC
+1 202-282-5756
slin@winston.com

**Sharon uses her biochemistry and physiology background to help clients navigate complex intellectual property issues, with a focus on Hatch-Waxman and biosimilar litigation.**

| | |
|---|---|
| **Services** | Intellectual Property, Litigation |
| **Sectors** | Pharmaceuticals & Medical Devices |
| **Admissions** | District of Columbia<br>New York |
| **Education** | Georgetown University, JD, 2016<br>Georgetown University, MS, 2009<br>Georgetown University, BS, 2007 |

Sharon is an intellectual property associate with a B.S. in Biochemistry and M.S. in Physiology and Biochemistry. She concentrates her practice on intellectual property litigation and due diligence, with an emphasis on patent litigation. Sharon has experience representing clients in a variety of technologies, particularly in the generic pharmaceutical and biosimilar industries. Her technical background enables her to efficiently navigate a wide range of complex, scientific issues.

Sharon is experienced in handling all phases of litigation leading up to trial, including: drafting pleadings, and dispositive and non-dispositive motions; constructing invalidity and non-infringement defenses; preparing written discovery requests and responses; drafting expert reports; taking or defending depositions; and participating in pre-trial and post-trial activities. She also has extensive experience preparing validity, freedom-to-operate, and patentability opinions.

## Credentials

Sharon received a B.S. in Biochemistry in 2007 and an M.S. in Physiology and Biophysics in 2009 from Georgetown University. She received her J.D., *cum laude*, from Georgetown University Law Center in February 2016.





## William M. Logan

Associate, Houston
+1 713-651-2766
wlogan@winston.com

**William has a bachelor's degree in electrical engineering and concentrates his practice on intellectual property matters, including patent and trade secret litigation. William assists his clients by combining his background as an engineer and software developer with his experience as a civil litigator appearing before a range of courts and administrative agencies.**

| | |
|---|---|
| **Services** | Brand Enforcement/ Trademark Litigation, Intellectual Property, Federal Circuit & Other IP Appeals, Patent Litigation, Privacy & Data Security, Trade Secrets, Labor, Employment, Employee Benefits & Executive Compensation, Unfair Competition, Restrictive Covenants & Trade Secrets, Appellate & Critical Motions, Oil & Gas Litigation |
| **Sectors** | Oil & Gas - Midstream, Oil & Gas - Upstream, Consumer Products, Technology, New Media & Telecommunications |
| **Admissions** | Texas |
| **Education** | University of Alabama, JD, 2017<br>University of Alabama, BS, 2014 |

William Logan is a litigation associate in the firm's Houston office.

William has experience representing clients in a broad array of intellectual property litigation matters, including patent and trade secrets litigation before state and district courts, along with *inter partes review* proceedings before the Patent Trial and Appeal Board.

Before attending law school, William built web-based applications, with a particular emphasis on applications using PHP, AJAX, and MySQL. William is also proficient in C++, Java, and Python; and William has a working knowledge of FORTRAN and COBOL.

## Honors & Awards

2016–2017 Outstanding Clinic Student Award

- The University of Alabama School of Law's clinical program faculty recognized William with this annual award for his pro bono representation of clients as a law student intern in the Civil Law Clinic.

2017 Best Oral Argument

- William was part of a team that the judges from the 2017 Saul Lefkowitz Moot Court Competition's Southeastern Regional recognized for giving the best oral argument as part of a mock trademark infringement appeal.

2016 Best Oral Advocate Overall

- As a second-year law student, William aggregated the highest individual score during the University of Alabama School of Law's internal moot court competition.

## Credentials

William received his B.S. in Electrical Engineering from the University of Alabama in 2014. He received his J.D., *magna cum laude*, from the University of Alabama School of Law in 2017 where he was senior editor of the *Alabama Law Review*, was elected to the Order of the Coif, and spent three semesters representing clients in state and federal litigation as a law student intern in the Civil Law Clinic.





# DaWanna L. McCray

Associate, Chicago
+1 312-558-8916
dmccray@winston.com

**DaWanna served as a law clerk in the U.S. District Court for the Southern District of Indiana. She draws upon her judicial clerkship experience in her representation of clients at the trial and appellate court levels.**

| | |
|---|---|
| **Services** | Appellate & Critical Motions, Litigation, Product Liability and Mass Torts |
| **Admissions** | Illinois |
| **Clerkships** | USDC - Southern District of IN for the Honorable Tanya Walton Pratt |
| **Court Admissions** | Central District of Illinois |
| **Education** | University of Illinois at Urbana-Champaign, JD, 2016 |
| | Spelman College, BA, 2013 |

DaWanna McCray is an associate in Winston & Strawn's Chicago office. DaWanna has experience representing major health service providers, device and pharmaceutical manufacturers, financial institutions, and multinational technology companies on complex litigation matters in federal and state courts across the country.

Prior to joining Winston, DaWanna served as a law clerk for the Honorable Judge Tanya Walton Pratt in the U.S. District Court for the Southern District of Indiana and as a PILI Graduate Fellow at Equip for Equality.

## Honors & Awards

The National Black Lawyers' (NBL) "Top 40 Under 40", 2020

## Activities

DaWanna serves as a board member of the Just the Beginning Associate Board and the Kirkwood Foundation. Both are pipeline organizations that seek to assist underserved individuals desiring to enter into the legal profession. DaWanna also serves on the Seventh Circuit Pattern Jury Instructions subcommittee. She is charged with updating the Circuit's pattern jury instructions for cases arising under the Americans with Disabilities Act (ADA).

## Credentials

DaWanna received a B.A. in Political Science from Spelman College in 2013. She received a J.D., *magna cum laude*, from the University of Illinois College of Law in 2016. At the University of Illinois College of Law, DaWanna served as a notes editor for *The Elder Law Journal*, a Trial Team member, and a student-attorney in the Civil Litigation Clinic and

the Family Advocacy Clinic where she was provisionally admitted to represent clients in state court pursuant to Illinois Supreme Court Rule 711.

Because of DaWanna's effective representation of her clients, she received the most prestigious award granted by the College of Law—a Rickert Award for Excellence in Advocacy. During law school, DaWanna also earned recognition on the Dean's List and as a Harno scholar.





## Joe Netikosol

Associate, Los Angeles
+1 213-615-1912
jnetikosol@winston.com

**Joe is a registered patent attorney with a technical background in Computer Engineering who focuses his practice on patent litigation. His experience spans a wide range of technologies including high performance computing (HPC), semiconductor, wireless digital communications, computer networking, electronic encryption, noise cancellation, and optical microscopy, in federal courts and before the ITC.**

| | |
|---|---|
| **Services** | Patent Litigation, Patent Prosecution, Trade Secrets |
| **Admissions** | California |
| | U.S. Patent & Trademark Office |
| **Education** | George Washington University, JD, 2014 |
| | University of California, Santa Barbara, BS, 2005 |

Joe Netikosol is experienced in various aspects of patent litigation, including developing invalidity, infringement, and non-infringement theories, as well as working on discovery-related matters. He also has experience in trade secret litigation, having participated in an action relating to flash memory.

As a registered patent attorney, he also has experience prosecuting patent applications before the United States Patent and Trademark Office (USPTO). Prior to attending law school, Joe worked as a system engineer.

## Activities

Member, Los Angeles Association of Business Trial Lawyers

## Credentials

Joe received his B.S. in Computer Engineering from the University of California, Santa Barbara, in 2005, and he received his J.D. from the George Washington University Law school in 2014 where he was a member of the Student Intellectual Property Association and the Asian & Pacific American Law Students' Association.

## Publications & Speaking Engagements

Joe has experience writing on intellectual property issues relating to the Supreme Court and Federal Circuit cases, recent changes in intellectual property laws, and rules from the United States Patent and Trademark Office. His select articles include:

© 2021 Winston & Strawn LLP

- Co-Author. "AIA Post-Grant Proceedings: Broadest Reasonable Interpretation Standard in IPR Upheld by Supreme Court," *Lexology*, June 2016.

- Co-Author. "Tell Me Everything: Communications Between Applicants and Non-Attorney Patent Agents Are Now Privileged," *Lexology*, March 2016.





## Jeanifer E. Parsigian

Partner, San Francisco
+1 415-591-1469
jparsigian@winston.com

**An accomplished antitrust, sports, intellectual property, and commercial litigator, Jeanifer concentrates her practice on civil antitrust and unfair competition litigation with particular expertise in mixed issues of antitrust and intellectual property law, and class actions. She regularly represents plaintiffs and defendants in complex commercial disputes at the trial and appellate levels. She has represented clients in high-profile matters such as the Women's National Soccer Team's gender discrimination litigation, and the landmark antitrust trial against the NCAA on behalf of classes of D-I college athletes. Jeanifer was selected to the 2021 Chambers Ones to Watch and named a Super Lawyers "Rising Star."**

| | |
|---|---|
| **Services** | Litigation, Antitrust Litigation, Antitrust / Competition, Technology Antitrust, Complex Commercial Litigation, Class Actions, Advertising & Consumer Protection, Compliance & Counseling, Global Cartel Defense, Merger Reviews / Challenges, Sports Litigation |
| **Sectors** | Sports |
| **Admissions** | California |
| **Education** | Harvard University, JD, 2012<br>University of Michigan, BA, 2006 |

Jeanifer Parsigian is a partner in the firm's San Francisco office, where her practice focuses principally on high-stakes antitrust class actions, high-tech competitor disputes, patent and trade secret matters, and sports litigation. She regularly represents major U.S. and multinational corporations in complex commercial litigation and class actions, and in connection with a wide array of federal and state antitrust and competition issues, including monopolization, price-fixing, wage-fixing, merger enforcement, group boycotts, exclusive dealing, tying, price discrimination, unfair competition, and mixed issues of antitrust and intellectual property law relating to Fair, Reasonable, and Non-Discriminatory (FRAND) obligations, standard-setting, patent licensing, and patent misuse. She also has experience in alternative dispute resolution, including commercial arbitration and mediation. Jeanifer represents clients across multiple industries, including consumer electronics, finance, technology, food and beverage, sports and entertainment, and retail.

She has been recognized for obtaining critical wins for her clients whether at trial or by obtaining complete dismissals. Recently, she successfully defended PetIQ in a private merger challenge, where she argued an appeal to the Ninth Circuit and successfully secured a dismissal of the complaint. Jeanifer also has a major role in Winston's renowned sports practice, successfully trying antitrust claims to a landmark win for college athletes against the

© 2021 Winston & Strawn LLP

NCAA, and in a high stakes, high-profile gender discrimination lawsuit on behalf of the Women's National Soccer Team in their pursuit of equal pay.

## Experience

### Significant Federal Litigation Matters

- *In re National Collegiate Athletic Association Athletic Grand-In-Aid Cap Antitrust Litigation/Jenkins v. National Collegiate Athletic Association*: Represents classes of college athletes in antitrust in antitrust trial striking down anticompetitive NCAA rules.

- Represents class of Women's National Team soccer players in gender discrimination litigation against the U.S. Soccer Federation.

- Represented defendant Discover Financial Services in a putative class action alleging violation of federal and state antitrust laws in connection with chip card technology.

- Representation of PetIQ, a leading company in the pet medicine industry, in a private antitrust merger suit, and successfully obtained full dismissal with prejudice and affirmance at the 9th Circuit.

- Represented MegaFon, a major telecom operator in the Russian federation, in fraud claims relating to failure of key systems upgrade.

- Represents wireless connectivity patent portfolio company defending against high-profile monopolization, conspiracy, unfair competition, and breach of contract claims relating to purported FRAND obligations and joint licensing conduct.

- Represented Discover Financial Services in Supreme Court appeal with major industry implications.

- Representation of a major electronics manufacturer in the multidistrict, putative class action, optical disk drive products antitrust litigation.

- Representation of a major electronics manufacturer in multidistrict class action alleging conspiracy to fix prices of lithium ion batteries.

- Represented S.C. Johnson from consumer protection claims regarding baby wipes labelling.

- Representation of TreeHouse Foods, Inc., Bay Valley Foods, LLC, and Sturm Foods, Inc. in their antitrust lawsuit against Keurig Green Mountain, Inc. alleging anticompetitive exclusive dealing, conspiracy, monopolization, unfair competition, tying, anticompetitive product redesign, patent misuse, and sham litigation claims.

- Represented a multinational corporation in one of the largest "food court" consumer class actions.

- Representation of a pet food company in a false advertising class action suit.

- Represented a nationwide retailer in a class action under California employment law.


### Other Relevant Matters

- Represented a former pharmaceutical executive in an investigation of alleged violations of Food, Drug, and Cosmetics Act.

- Represented defendant in an arbitration matter alleging breach of contract and antitrust monopolization claims based on alleged abuse of intellectual property rights.

- Represented plaintiff SunLink Corporation in a contract dispute over solar construction development.

- Represented defendant Kenwood Investments No. 2, LLC in California court in a motion to compel arbitration in complex contract dispute over development of tribal gaming casino.

**Pro Bono**

- Equal Rights Amendment: Involved in the firm's efforts to assist and support the ratification of the Equal Rights Amendment.

- 1983 Civil Rights litigation: represented California inmate in civil rights claim against Richmond Police Department for assault during arrest; conducted depositions of six police officers involved and leveraged effective discovery to five-figure settlement for client.

- Board of Immigration Appeals matter: represented Cameroonian immigrant in a successful appeal of an order denying withholding of removal based on threat of persecution based on sexual orientation.

## Honors & Awards

- Best Lawyers: Ones to Watch 2021

- Super Lawyers Rising Star (2020, 2021)

- 2019 AAI Antitrust Award for Private Litigation for the work on the NCAA case

- Winston & Strawn was named "Law Firm of the Year" in 2020 for its Antitrust/Competition practice by *News & World Report – Best Law Firms®*

- Winston & Strawn was named 2020 "Antitrust Firm of the Year" and 2018 "Antitrust Firm of the Year" by *Benchmark Litigation*

- Winston & Strawn's Antitrust/Competition Practice was awarded "Litigation of the Year – Cartel Defense" by *Global Competition Review*, 2019

- Winston & Strawn's Antitrust/Competition Practice was recognized as a Tier 1 National "Best Law Firm" by *News – Best Lawyers®* in 2019

## Activities

Jeanifer currently serves as a California Young Lawyers Association Liaison to the Antitrust, UCL & Privacy Section of the California Bar.

## Credentials

Jeanifer received her B.A. from the University of Michigan in 2006. She received her J.D. from Harvard Law School in 2012.

## Publications & Speaking Engagements

- Speaker, ABA Antitrust Section "Alston in the Supreme Court" (December 4, 2020)

- Speaker, Berkeley Law Symposium on Employment Law & Sports (March 6, 2020)

- Speaker, "Equal Pay, Equal Play and the Equal Rights Amendment," National Association of Women Lawyers (November 7, 2019)

- Speaker, Berkley Law Sports & Entertainment Law Conference (April 5, 2019)





## Eimeric Reig-Plessis

Partner, San Francisco; Silicon Valley
+1 415-591-6808
ereigplessis@winston.com

**Eimeric is a patent litigator with wide-ranging experience across multiple industries, including computer technologies, consumer products, and pharmaceuticals. He regularly represents clients in federal district courts across the country, the Federal Circuit, and the Patent Trial and Appeal Board.**

| | |
|---|---|
| **Services** | Litigation, Intellectual Property, Patent Litigation, Appellate & Critical Motions, Federal Circuit & Other IP Appeals, Patent Trial & Appeal Board Proceedings |
| **Sectors** | Pharmaceuticals & Medical Devices, Technology, New Media & Telecommunications |
| **Admissions** | California<br>New York |
| **Court Admissions** | Federal Circuit Court of Appeals, Seventh U.S. Circuit Court of Appeals, Northern District of California, Central District of California |
| **Education** | University of Virginia, JD, 2010<br>University of Florida, BS, 2006 |

Eimeric Reig is a partner in the firm's Silicon Valley and San Francisco offices who focuses his practice on litigation and intellectual property, both at the trial level and on appeal. As a litigator, Eimeric's experience includes examining expert witnesses at trial, taking and defending depositions, briefing and arguing motions, and managing discovery in complex, multi-patent lawsuits. In his appellate practice, Eimeric has briefed more than a dozen appeals before the U.S. Court of Appeals for the Federal Circuit, and has successfully argued before the Seventh Circuit. Eimeric has also played a key role in obtaining institutions and favorable final decisions in *inter partes* reviews before the Patent Trial and Appeal Board, and has represented major companies in investigations before the International Trade Commission.

Eimeric's patent litigation experience covers a wide range of industries and products, including electronics, telecommunications, software, consumer products, manufacturing processes, pharmaceuticals, and medical devices. In the software and electronics space, Eimeric regularly advises clients on the nuances of complex and evolving areas of patent law, including subject-matter eligibility under 35 U.S.C. § 101. In the pharmaceutical space, Eimeric also has extensive experience litigating and advising clients on both patent and regulatory disputes arising under the Hatch-Waxman Act.

## Experience

Eimeric's representative experience includes the following:

- Second-chaired a seven-day trial and examined two key experts in a Hatch-Waxman case involving a drug with annual sales of approximately $1 billion—obtained invalidation of six patents as obvious and affirmance on appeal.

- Orally argued and briefed appeal before the Seventh Circuit in a pro bono action for denial of medical care under the Eighth Amendment—obtained reversal of summary judgment on a novel issue of administrative exhaustion.

- Briefed successful patent challenges on behalf of five generic drug makers before the Patent Trial and Appeal Board and the Federal Circuit—obtained cancelation of more than 50 patent claims as obvious and affirmance on appeal.

- Briefed first-ever antitrust challenge to a "sham" FDA citizen petition before the Federal Circuit—obtained reversal of adverse judgment on appeal and denial of summary judgment on remand.

- Successful representation of a dietary supplement maker in parallel investigations by the Federal Trade Commission and National Advertising Division—obtained a closing letter, favorable decision upholding advertising claims, and favorable decision challenging competitor claims.

- Successful representation in an appeal of a civil tax examination before the Internal Revenue Service— established a rarely-accepted "innocent spouse" defense on appeal and obtained reversal of substantial civil penalties.


## Credentials

Eimeric received a B.S. in magazine journalism from the University of Florida in 2006. He received a J.D. from the University of Virginia School of Law in 2010, where he won "Best Brief" in the school-wide moot court competition.





# Kathi Vidal

Partner, Silicon Valley; Chicago
Silicon Valley Managing Partner
+1 650-858-6425
kvidal@winston.com

**Managing partner of the firm's Silicon Valley office, Kathi is one of the leading patent litigators and Federal Circuit advocates in the country. Nationally recognized for trying high-profile, high-stakes, and high-tech patent disputes for leading companies, her experience covers a myriad of technologies, including semiconductors, telecommunications, circuits and systems, computers, software, Internet applications, medical devices, and consumer products.**

| | |
|---|---|
| **Services** | Intellectual Property, Patent Litigation, Federal Circuit & Other IP Appeals, Appellate & Critical Motions, Trade Secrets, Patent Trial & Appeal Board Proceedings, International Trade Commission – Section 337 Litigation, Copyright Infringement, Patent Prosecution, Brand Enforcement/ Trademark Litigation, Trademark Prosecution, IP/IT Transactions & Licensing, Technology Antitrust |
| **Sectors** | Technology, New Media & Telecommunications , Disruptive Technologies, Pharmaceuticals & Medical Devices |
| **Admissions** | Arizona<br>U.S. Patent & Trademark Office<br>California |
| **Clerkships** | USCA - Federal Circuit for the Honorable Alvin A. Schall |
| **Court Admissions** | U.S. Supreme Court, Federal Circuit Court of Appeals, USCA – 9th Circuit, Northern District of California, Central District of California, Eastern District of California, Eastern District of Michigan, Western District of Michigan, Eastern District of Texas, District of Arizona, Northern District of Illinois, Eastern District of Wisconsin |
| **Education** | University of Pennsylvania, JD, 1996<br>Syracuse University, MS, 1992<br>Binghamton University, BS, 1990 |

Kathi Vidal is a nationally recognized IP litigator and Federal Circuit strategist. In addition to protecting innovative companies through offensive patent actions to preserve their market or through innovative strategies to efficiently resolve defensive patent actions, including in U.S. district courts, the International Trade Commission, and at the U.S. Patent and Trademark Office, Kathi advises clients ranging from Fortune 100 companies to start-ups on their portfolios, patent prosecution, inter partes review, covered business methods, trade secrets, trademarks, and other intellectual property matters. Kathi has obtained numerous wins including a preliminary injunction, permanent injunctions, exclusion orders, a contempt finding, attorney fee awards, patent invalidations and treble damages.

Building on her Federal Circuit clerkship and her long-term involvement with the Federal Circuit Bar Association for which Kathi now serves as a Fellow, Kathi has led or been called in as a strategist on dozens of Federal Circuit appeals, has argued numerous Federal Circuit appeals and has teamed with former Federal Circuit judges and other national Federal Circuit specialists to mock appeals both inside and outside the firm. Most recently, Kathi argued and won the seminal *SAP v. InvestPic* Federal Circuit appeal on patent eligibility and argued and won the follow-on attorney fee Federal Circuit appeal reinforcing the award of attorney fees under *Octane Fitness* in cases brought on weak patents. Kathi has also led amicus efforts on important cases before the Federal Circuit and Supreme Court. Kathi also advises on IP policies for standard setting organizations, patent prosecution/portfolio development strategy, and on strategies for worldwide patent disputes including advising on national security, policy, and related issues.

Kathi started her career as an electrical engineer. She worked for five years as a systems and software design engineer with General Electric, where she graduated from the prestigious Edison Engineering Program and designed one of the first leading-edge artificial intelligence systems (neural networks, fuzzy logic) for aircraft. Through the rotational management program, she designed aircraft control systems, which are currently employed on military aircraft. Kathi also led design teams in a number of departments (software design, systems design, hardware design, research & development, manufacturing), which gave her broad exposure to industry and technologies. Kathi was a member of the IEEE (Institute of Electrical and Electronics Engineers) and won its North East Regional Design Contest when she was in school (designing a "smart" basketball system).

Kathi can read and fully understand source code, schematics, and technical materials and explains concepts clearly to courts and juries. Her technical background includes a solid background in mathematical physics and programming, combined with a bachelors and masters in electrical engineering. Kathi's master thesis was in the field of artificial intelligence (AI).

Prior to joining Winston, Kathi led the litigation group—270 attorneys in 11 global offices—at another *Am Law* 100 firm.

## Experience
*Some of the experience represented below may have been handled at a previous firm.*

Kathi has first-chaired, led, and consulted in numerous litigations in multiple venues, including the United States Supreme Court, the Court of Appeals for the Federal Circuit, the 9th Circuit Court of Appeals, the United States International Trade Commission (ITC), the United States Patent and Trademark Office (PTO), Federal District Courts in California (NDCA, CDCA, SDCA, EDCA), Texas (EDTX, NDTX and WDTX), Delaware, Illinois (NDIL), Washington, Wisconsin (WDWI), Arizona, Florida, Massachusetts, Michigan, Minnesota, Nevada, New Mexico, New York (NDNY and SDNY), Maryland, as well as international matters in China, Germany, and Korea. She also represented numerous parties before the Multi-District Litigation (MDL) Panel.

She represents and has represented numerous high-tech companies, including Applied Materials, Arris, Bauer Hockey, Chamberlain, Cisco, Cloudera, Corning, Cypress Semiconductor, Dell, Deloitte, eBay, Forescout, Federal Express, Harman, Hint Water, Hewlett Packard, Hortonworks, Intel, Intuitive Surgical, Johnson Controls, Kistler Vineyards, Legrand, LSI Logic, Luminaid, Maxim, Micron, Microsoft,  Mindbody, NVIDIA, Obsidian, Olympus, Palm, Poshmark, PayPal,  Pinterest, Polycom, Proofpoint, Pivotal, Red Hat, Schonbek, SAP, Scientific Atlanta, SHEEX, Snap, Snowflake, Splunk, Spotify, Sun, Tanium, Thomson, Tesla, T-Mobile, Uber, Varian, VMware, Xilinx, and Zeiss.

Kathi has argued, led, and/or been called in as a strategist on dozens of Federal Circuit appeals.

## Honors & Awards

Kathi has received numerous accolades for her work, including being listed in the 2017-2021 editions of *The Best Lawyers in America©;* selected as an outstanding IP practitioner in WIPR Leaders Guide 2021; named to the *Who's Who Legal* list for Patents in 2016; named to the *IAM Patent 1000: The World's Leading Patent Professionals* list in 2016-2020; inducted as a 2012 Fellow by Litigation Counsel of America, a trial lawyer honorary society that represents the top less than one half of one percent of American litigators; named by *The Recorder* as one of 2012's Women Leaders in Law and a 2019 California Trailblazer; being listed in *Chambers USA* for her leadership in her practice area since 2012; recognized as a Northern California Super Lawyer since 2009; listed as one of California's Top 100 Lawyers of 2008 by the *Daily Journal*; and listed on the *Daily Journal's* list of 50 Leading Intellectual Property Litigators in California (2008) and its list of the 75 Leading Intellectual Property Litigators in California (2009 & 2010). Kathi was recently named as one of *Benchmark Litigation's* Top 250 Women in Litigation (2018, 2019, and 2020) and a California Litigation Star (2019 and 2020), and was honored by *San Francisco Magazine* as one of its Top Women Attorneys of Northern California for 2014, 2019 and 2020. In 2020 and 2021, Kathi was recognized in *Lawdragon's* "500 Leading Lawyers in America" guide to the nation's top lawyers.

Kathi was also recognized by the *Daily Journal* in 2007, 2008, and 2009 as one of the Top Women Litigators in the State of California; won the 2007 Women of Distinction Award in the "Law" category, presented by the *Silicon Valley/San Jose Business Journal*; was distinguished as one of the "Forty under Forty People to Watch" in Silicon Valley by the *Silicon Valley/San Jose Business Journal;* was recognized by the *Journal* as a Woman of Influence in Silicon Valley (2008); was recognized by the *San Francisco Business Times* as one of the Most Influential Women in the Bay Area (2008); and since 2008 has been named "Forever Influential." Kathi was also one of five 2008 Legal Momentum Women of Achievement Honorees and was ranked in the *Chambers 2008 Guide for America's Leading Lawyers for Business* as a Leader in Intellectual Property.

## Activities

- Chair: Sedona Conference Working Group on Streamlining Low-Value Patent Cases

- Board Member: Berkeley Center for Law & Technology Advisory Board (2015-Present). Board Member: ChIPs Advisory Board (2015-Present). Board Member: Women in Law Empowerment Forum (WILEF) (2014-Present).

- Adjunct Professor of Patent Law, Santa Clara University School of Law (2002).

- Fellow: Litigation Counsel of America. Fellow: Federal Circuit Bar Association.

- Former Board Member: Intellectual Property Owners' ("IPO") Litigation Committee, American Intellectual Property Law Association (AIPLA), Federal Circuit Bar Association (2008-2011).

- Masters thesis: "Application of Fuzzy Logic to Fault Diagnostics."

- Served as a member of the Northern District of California Patent Instructions and Rules Committee from 2012-2016.

- Four years ago, Kathi joined the *Fortune*/US State Department Global Women's Mentoring Partnership. Her incredible experience with one of her mentees was published in the *Watson Review* by Binghamton University, her alma mater. "A foremost objective of the global women's program is to 'pay forward' or to encourage the women to empower other women in their countries upon their return." As the *Huffington Post* explains in "When Powerful Women in the World Unite," this seems like a no-brainer for Kathi, saying "How could I not be a mentor?" Kathi recently shared some of her thoughts and experiences in a short video highlighting the program, featured on the Bureau of Educational and Cultural Affairs website. See also the following *Fortune* articles featuring Kathi: "Career Counseling Goes Global in Silicon Valley", "Africa's Growth Vehicle: Women", and "On the Road in South Africa."Kathi has mentored Susan Rammekwa from South Africa (2009), Gaelle Pierre from Haiti (2010), Manal Elattir from Morocco (2011), Anne Ewoenam from Ghana (2013) and May Alba from Mexico City (2014).

- Kathi has also joined Steve Wozniak, Marty Cooper (inventor of the cell phone), and others on the Leadership Counsel for Cinequest. Cinequest "fuses the world of the filmed arts with that of Silicon Valley's innovation to empower youth, artists and innovators to create and connect—driving transformations and a better tomorrow. Cinequest does this through Cinequest Picture The Possibilities and Cinequest Film Festival."

## Credentials

Kathi received her B.S. from Binghamton University in 1990, and her M.S. in Electrical Engineering, from Syracuse University in 1992. She received her J.D. from the University of Pennsylvania Law School in 1996, where she was editor-in-chief of the *University of Pennsylvania Law Review.*

## Publications & Speaking Engagements

As one of the country's leading patent litigation and protection lawyers, and as an advocate for women, minorities, and our next generation of lawyers, Kathi is often asked to speak on a wide range of topics. Her representative speeches and publications (which do not include the numerous talks she gives at individual client events) include:

- Kathi Vidal, "Elimination of Bias in AI," Winston & Strawn's Disruptive Technologies Legal Summit (Virtual, September 30, 2020).

- Kathi Vidal, "Women Changing the Future," ChIPs Annual Summit (Washington, D.C., September 25, 2019).

- Kathi Vidal, "A View From the Bench" and "What's on the Horizon," a Winston & Strawn, Santa Clara University, and Berkeley Center for Law & Technology, Disruptive Technologies Legal Summit (California, September 12, 2019).

- Kathi Vidal, Co-Chair, *Daily Journal's* 2019 Patent Disputes Forum (Menlo Park, California April 17, 2019).

- Kathi Vidal, "Life on the Cutting Edge" *GC Magazine* roundtable (Silicon Valley, March 26, 2019).

- Kathi Vidal, "Apache Helicopter, Success at a Law Firm, and the Ask," Heels of Justice (Podcast, March 18, 2019).

- Kathi Vidal,  Leeron G. Kalay (Fish & Richardson P.C.), Peter S. Menell (UC Berkeley - School of Law), Matthew Powers (Tensegrity Law Group), Sarita Venkat, "Patent Mediation Guide," Federal Judicial Center (January 23, 2019).

- Kathi Vidal, "The Future of Crowdfunding," Bloomberg Live (New York, October 30, 2018).

- Kathi Vidal, "Artificial Intelligence: The Legal Realities and Remedies," a Winston & Strawn and Berkeley Center for Law & Technology Seminar, An Innovation Transformation: Navigating the Legal Risks and Business Opportunities of Disruptive Technologies (California, September 6, 2018).

- Kathi Vidal, "Willfulness Since *Halo*," Webinar hosted by Intellectual Property Owners Association (June 26, 2018).

- Kathi Vidal, "How to Use Your Diverse Trial Team to Beat Left-Brained Lawyers at their Own Game: Winning the Technical Trial," Litigation Counsel of America's (LCA) Renaissance Symposium XIII (San Francisco, California, April 20, 2018).

- Kathi Vidal, Co-Chair, *Daily Journal*'s 2018 Patent Disputes Forum (Menlo Park, California April 18, 2018).

- Kathi Vidal, "Tensions Between IP Agencies and Other Parts of the Executive Branch," UC Berkeley School of Law's 2018 Annual BCLT/BTLJ Symposium, The Administrative Law of Intellectual Property (Berkeley, April 12, 2018).

- Kathi Vidal, "Stand Your Ground," 4th *Fortune* Most Powerful Women Next Gen Summit in Laguna (Niguel, California, November 14, 2017).

- Kathi Vidal, "Current procedural issues in patent law, including patent venue, stays pending IPR, and the constitutionality of the IPR process," Stanford Law School Patent Law in Global Perspective Conference (October 20, 2017).

- Kathi Vidal, "Federal Circuit Judges Panel" ChIPs Annual Summit (Washington, D.C., October 18, 2017).

- Kathi Vidal, Global Strategies for IP, Berkeley Center for Law and Technology (Palo Alto, California, September 14, 2017).

- Kathi Vidal and Noori Torabi, "*TC Heartland* and *Oil States*," Silicon Valley Association of General Counsel's monthly luncheon (July 21, 2017).

- Kathi Vidal, Hon. Edward A. Infante (Ret.) (JAMS), Matthew Powers (Tensegrity Law Group LLC), *Patent Mediation*, 20th Annual FJC-BCLT IP Education Program for Federal Judges (Berkeley, May 17, 2017).

- Kathi Vidal, "How to Use Your Diverse Trial Team to Beat Left-Brained Lawyers at their Own Game: Winning the Technical Trial." Litigation Counsel of America's (LCA) Renaissance Symposium XIII (San Francisco, April 20, 2017).

- Kathi Vidal in a conversation with Keynote Speaker John Cabeca, Cal Law Patent Disputes Forum (Menlo Park, April 18, 2017).

- Kathi Vidal in a conversation with Pattie Sellers (*Fortune* Most Powerful Women), ChIPs  (Washington D.C.).

- Kathi Vidal, Hon. Edward A. Infante (Ret.) (JAMS), Matthew Powers (Tensegrity Law Group LLC), *Patent Mediation*, 19th Annual FJC-BCLT IP Education Program for Federal Judges (Berkeley, May 18, 2016).

- Kathi Vidal in a conversation with Keynote Speaker Director Michelle Lee, U.S. Patent and Trademark Office, Cal Law Patent Disputes Forum (Menlo Park, April 14, 2016).

- Kathi Vidal, Hon. K. Nicole Mitchell (EDTX), Stacy Quan (Microsoft), Andrew Trask (Google Inc.), Stefani Shanberg (Wilson Sonsini Goodrich & Rosati), *Empowering the Next Generation*, Cal Law Patent Disputes Forum (Menlo Park, April 14, 2016).

- Kathi Vidal, Hon. William Alsup (NDCA), Noreen Krall (Apple Inc.), Elizabeth Gillen (Simpson Thacher Bartlerr LLP), *The Next Generation*, Federal Circuit Bar Association Patent Litigation 2016: The Courts and Patent, Trial and Appeal Board (Santa Clara, February 26, 2016).

- Kathi Vidal, Hon. Edward A. Infante (Ret.) (JAMS), Matthew Powers (Tensegrity Law Group LLC), Sarita Venkat (Apple, Inc.), *Patent Mediation*, 18th Annual FJC-BCLT IP Education Program for Federal Judges (Berkeley, May 20, 2015).

- Kathi Vidal and Karl Renner, *APJs and the Evolving Landscape of IPRs, CBMs and PGR*, Silicon Valley Association of General Counsel All Hands Meeting (Santa Clara, CA, November 7, 2014).

- Kathi Vidal, *Becoming a Change Agent*, WiLpower Workshop (Palo Alto, CA, October 17, 2014).

- Kathi Vidal, Hon. Leonard Davis (USDC, Eastern District of Texas); Hon. S. James Otero (USDC, Central District of California); Hon. Patricia E. Campbell-Smith (United States Court of Federal Claims), Hon. Leonard P. Stark (USDC, District of Delaware), F. Scott Kieff (Commissioner, United States International Trade Commission), *Effective & Efficient Case Management: Best Practices*, 16th Annual Federal Circuit Bar Association Bench & Bar Conference (Asheville, North Carolina, June 20, 2014).

- Kathi Vidal, Angela Padilla, VMware, Deana Kardel (Eos Consulting Inc.), Tammy Albarrán (Covington & Burling LLP), Mika Mayer (Morrison & Foerster LLP), *Playing the Long Game: Positioning Yourself for Career Success*, Women In Law Empowerment Forum (WILEF) (San Francisco, June 11, 2014).

- Kathi Vidal, Jacki Zehner (Women Moving Millions), Shauna Mei (AHAlife), *Inside Women's Power Circles That Are Changing the Face of Business*, Women's Legal Forum (New York, June 3, 2014).

- Kathi Vidal, Hon. Jeremy Fogel (USDC Northern District of California), Hon. Edward A. Infante (Ret.) (JAMS), Matthew Powers (Tensegrity Law Group LLC), Sarita Venkat (Apple, Inc.), *Patent Mediation*, 17th Annual FJC-BCLT IP Education Program for Federal Judges (Berkeley, May 21, 2014).

- Kathi Vidal, Penny Herscher (FirstRain), Pamela K. Fulmer (Novak, Druce, Connolly Bove & Quigg LLP), Stiletto Network: Inside Women's Power Circles That Are Changing the Face of Business, Creating the Perfect Balance to the Old Boy Network, Women's Legal Forum 2014 (San Francisco, February 5, 2014).

- Kathi Vidal, David S. Bloch (Winston & Strawn LLP), Brian Love (Santa Clara University), Suzanne Michel (Google, Inc.), Aaron Nathan (Tensegrity Law Group LLP), David Jones (Microsoft Corp.), *Patent Reform*, 2013 Berkeley Stanford Advanced Patent Law Institute (APLI) (Palo Alto, December 13, 2013).

- Kathi Vidal, Cynthia Bright (Hewlett-Packard), Christa Zado (Cisco Systems, Inc.), *Preparing for the Inevitable: New Patent Reforms in Process*, SVAGC All Hands annual meeting (Santa Clara, December 5, 2013).

- Kathi Vidal, Mallun Yen (RPX Corporation), Margo Smith (Marketo, Inc.), *Elimination of Bias In the Legal Profession*, SVAGC All Hands Annual Meeting (Santa Clara, December 4, 2013).

- Kathi Vidal, Christopher Green (Fish & Richardson LLP), Mike H. Mehta (Procopio, Cory, Hargreaves & Savitch LLP), Russell Binns (Avaya, Inc.), Dan McCurdy (Allied Security Trust), *The Future of Patent Protection: Legislation and the Role of Patent Aggregators*, Thomas Reuters (Santa Clara, November 5, 2013).

- Kathi Vidal, *Becoming a Change Agent,* WiLpower Workshop (Fish & Richardson, Redwood City, October 25, 2013).

- Kathi Vidal, *Becoming a Change Agent*, WiLpower Workshop (Fish & Richardson, Redwood City, October 18, 2012).

- Kathi Vidal, Hon. Kimberly Moore (Federal Circuit Judge), Hon. Kate O'Malley (Federal Circuit Judge), Hon. Sharon Prost (Federal Circuit Judge), Hon. Pauline Newman (Federal Circuit Judge), ChIPs Inaugural Women in IP National Summit, Federal Circuit Judges Panel (Washington, DC, October 10, 2012).

- Kathi Vidal, Annie Rogaski (Kilpatrick Townsend & Stockton), Erin Rand (CustomWare Asia Pacific), Catherine Valentine, (Logitech), *Women and Leadership*, Silicon Valley Women's Club Launch Party (Quadros, Menlo Park, October 4, 2012).

- Kathi Vidal (panelist), Renee Lawson (Zynga, panelist), Hilary Ware (Netflix, panelist), Karen Johnson-McKewan (Orrick, Herrington & Sutcliffe, moderator), *Paths to Success for Women in IP*, Successful Women in IP Banner (Orrick, Herrington & Sutcliffe LLP, Menlo Park, September 12, 2012).

- Kathi Vidal, Bernard Knight (USPTO), Emily Ward (eBay), Ted Joe (Salesforce.com), Eric McAlpine (Groupon), *America Invents Act: Strategic Considerations,* The IP Counsel Café (Palo Alto, April 18, 2012).





## Gregory J. Winter

Associate, Washington, DC
+1 202-282-5827
gwinter@winston.com

**Gregory is an associate in the firm's Washington, D.C. office, where he focuses his practice on patent litigation and proceedings at the Patent Trial & Appeal Board. Gregory is a former biomedical patent examiner at the USPTO and a registered patent attorney who applies his technical background and experience in patent prosecution to his practice.**

| | |
|---|---|
| **Services** | Intellectual Property, Patent Litigation, Patent Trial & Appeal Board Proceedings, Patent Prosecution |
| **Sectors** | Pharmaceuticals & Medical Devices, Technology, New Media & Telecommunications |
| **Admissions** | District of Columbia<br>U.S. Patent & Trademark Office |
| **Education** | George Washington University, JD, 2019<br>University of Maryland, BS, 2012 |

Gregory is an associate in the firm's Washington, D.C. office. Prior to joining the firm, Gregory was a biomedical patent examiner at the United States Patent and Trademark Office where he reached the level of primary patent examiner. He has experience examining patent applications for biomedical and mechanical inventions and is a registered patent attorney.

Gregory applies his technical background in bioengineering and his experience in patent prosecution to his practice. He focuses his practice on patent litigation and proceedings at the Patent Trial & Appeal Board for patents across sectors ranging from pharmaceuticals and medical devices to the technology sector. Gregory has also drafted patent applications and responses to office actions from the United States Patent and Trademark Office.

## Credentials

Gregory received his B.S. in Bioengineering from The University of Maryland, College Park in 2012. He received his J.D. from The George Washington University Law School in 2019, where he was a member of *The George Washington Law Review*.

## Publications & Speaking Engagements

Publication

- Anora Wang & Gregory Winter, *Antitrust Injury in Antitrust-Based Claims under Section 337 after Certain Carbon and Alloy Steel Products*, 42 337 Reporter: Paul J. Luckern Summer Associate Ed. 33 (2018).



# Juan C. Yaquian

Associate, Houston
+1 713-615-2645
jyaquian@winston.com

**Juan has a B.S. and M.S. in Electrical Engineering from Baylor and Berkeley. Through his work as an electrical engineer within a prominent company in the wireless telecommunications industry, and research at Berkeley and MIT, Juan has a deep technical understanding in numerous EE-based technical areas, as well as knowledge and experience with standards-based technologies, including Bluetooth, 2G, 3G, 4G, and 5G NR. He also has 10 years of experience before the PTO/PTAB. His technical background enables him to break down complex technology issues into simpler terms for his clients and to identify creative solutions to those complex technology issues.**

| | |
|---|---|
| **Services** | Intellectual Property, Patent Litigation, Patent Trial & Appeal Board Proceedings, IP/IT Transactions & Licensing, Federal Circuit & Other IP Appeals, Patent Prosecution, International Trade Commission – Section 337 Litigation |
| **Sectors** | Technology, New Media & Telecommunications , Pharmaceuticals & Medical Devices |
| **Admissions** | Texas |
| **Education** | University of Houston, JD, 2018
University of California, Berkeley, MS, 2012
Baylor University, BS, 2009 |

Juan is an IP litigation associate in the Houston office. Juan focuses his practice on IP law, with an emphasis on patent litigation, PTAB proceedings, and IP risk management, licensing, and counseling in electrical engineering (EE) industries. He represents clients in the telecommunications, computer, electronics, semiconductor, energy, automotive, display, and medical devices industries. Through his work as an electrical engineer within a prominent company in the wireless telecommunications industry, and research at UC-Berkeley and MIT, Juan has a deep technical understanding in numerous EE-based technical areas, including integrated circuits, wireless/wired communication devices and networking, embedded systems, semiconductor devices and fabrication, signal processing, computer architecture, operating systems, data storage devices, power systems, and electro-mechanical systems. Juan also has extensive knowledge and experience with standards-based technologies, including Bluetooth, 2G, 3G, 4G, and 5G NR.

Juan has experience handling many aspects of patent litigation, including development of strategic positions, infringement contentions, invalidity contentions, claim construction, and expert reports. He also has experience preparing petitions for inter partes review (IPR) before the PTAB, as well as defending patents in IPR proceedings.

© 2021 Winston & Strawn LLP

In addition to litigation, Juan also counsels clients to help guide business decisions based on IP. In particular, he has experience evaluating IP portfolios of clients and third parties, including studying potential issues raised by new product launches. He has also assisted in providing formal opinions concerning potential infringement, validity, and enforceability of client and third-party IP.

Previously, Juan conducted research in wireless technology and worked in the wireless telecommunications industry. Juan's work and research spanned all of wireless technology, both hardware and software, from the front-end RF/analog antennas to the digital baseband, as well as the underlying software and firmware.

## Activities

Juan is a member of the Hispanic National Bar Association (HNBA).

## Credentials

Juan received his B.S., *magna cum laude*, in Electrical & Computer Engineering from Baylor University in 2009, where he received multiple scholarships and received "The Outstanding Engineer" award, given to the highest achieving graduating student in the engineering department. He received his M.S. in Electrical Engineering and Computer Sciences from the University of California, Berkeley in 2012, where he was awarded the UC Berkeley Chancellor's Fellowship, UC Berkeley's premier fellowship awarded to "outstanding applicants" to doctoral programs as well as the UC Berkeley EECS Chair's Excellence Award for Academic Achievement. He received his J.D., *cum laude*, from the University of Houston Law Center in 2018, where he received the 2017 UHLC AIPLA Jan Jancin Award for the top UHLC IP law student.

## Publications & Speaking Engagements

- Co-author, "Analysis and Design of a High Speed Delta-Sigma Modulator for mm-Wave Imaging Applications," EECS Department, University of California, Berkeley, Tech. Rep. UCB/EECS-2012-76, May 2012.

- Co-author, "Investigation and Optimization of a Time-Based Ranging Protocol within Ultra-Wideband Radios," MSRP, Massachusetts Institute of Technology, August 2008.

Exhibit 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FEDEX SUPPLY CHAIN LOGISTICS AND
ELECTRONICS, INC.,

        Plaintiff,

        v.

VIKING TECHNOLOGIES, LLC,

        Defendant.

C.A. No. 21-00072-CFC

**JURY TRIAL DEMANDED**

## NOTICE OF DISMISSAL

Pursuant to Rules 41(a)(1)(A)(i) and 41(c) of the Federal Rules of Civil Procedure, Defendant Viking Technologies, LLC hereby dismisses all causes of action in its counterclaims against Plaintiff FedEx Supply Chain Logistics and Electronics, Inc. ("FedEx") without prejudice. (D.I. 11.) FedEx has not filed an answer to the counterclaims or a motion for summary judgment as to these claims, and there has been no evidence introduced at a hearing or trial.

Dated: June 8, 2021


OF COUNSEL:

Mark S. Raskin
John F. Petrsoric
Michael S. DeVincenzo
Elizabeth Long
KING & WOOD MALLESONS LLP
500 5th Avenue, 50th Floor
New York, New York 10110
(212) 319-4755
mark.raskin@us.kwm.com
john.petrsoric@us.kwm.com
michael.devincenzo@us.kwm.com
elizabeth.long@us.kwm.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendant*
*Viking Technologies, LLC*

Exhibit 4



North America   Europe   Asia

275 Middlefield Road
Suite 205
Menlo Park, CA 94025
T +1 650 858 6500
F +1 650 858 6550


KATHERINE VIDAL
Silicon Valley Managing Partner
+1 650 858 6425
KVidal@winston.com

February 4, 2021

**VIA EMAIL ONLY**

Mark S. Raskin
King & Wood Mallesons LLP
500 5th Avenue, 50th Floor
New York, New York 10110
mark.raskin@us.kwm.com

Re:   *Viking Technologies, LLC, v. FedEx Supply Chain, Inc.,* **Case No. 1:20-cv-01511-CFC (DDE)**
      *FedEx Supply Chain Logistics and Electronics, Inc. v. Viking Technologies, LLC,*
      **Case No. 1:21-cv-00072-UNA**

Dear Counsel:

I represent FedEx Supply Chain Inc. ("FSC") in *Viking Technologies, LLC v. FedEx Supply Chain, Inc.,* Case No. 1:20-cv-01511-CFC, and FedEx Supply Chain Logistics and Electronics, Inc. ("FSCLE") in *FedEx Supply Chain Logistics and Electronics, Inc. v. Viking Technologies, LLC,* Case No. 1:21-cv-00072-UNA, currently pending in the District Court for the District of Delaware. I write today regarding numerous deficiencies in Viking Technologies, LLC's ("Viking") complaint in this matter. I do not send this letter lightly and do not recall ever sending a Rule 11 level during my over twenty-four years of practice. That said, it is clear that Viking and its counsel failed to conduct the reasonable investigation required by Rule 11 prior to filing this case. *See Cooter & Gell v. Hartmarx Corp*., 496 U.S. 384, 401 (1990) (Rule 11 "imposes a duty on attorneys to certify that they have conducted a reasonable inquiry and have determined that any papers filed with the court are well grounded in fact.")

As a matter of principle and deterrence, FedEx does not tolerate baseless infringement claims or attempts to extort nuisance damages. Although we have made Viking aware that its infringement claims lack any legitimate basis, this letter serves as FedEx's Rule 11 letter and provides exemplary reasons why Viking's lawsuit is exceptional. *See Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545, 554 (2014) (holding that "an 'exceptional' case is simply one that stands out from others with respect to the substantive strength of a party's litigating position . . . or the unreasonable manner in which the case was litigated"). As discussed below, there are multiple serious and incurable deficiencies in Viking's claims for patent infringement. We therefore ask that Viking immediately dismiss all claims against FSC with prejudice and agree not to pursue claims against FSCLE. FedEx intends to seek sanctions under Rule 11 and its attorney fees under 35 U.S.C. § 285 for both the original action and the action FSCLE was forced to bring. As you may be aware from our *SAP/InvestPic* matter, we have had attorneys' fees upheld on appeal when we were forced to bring a declaratory judgement action.



February 4, 2021<br>Page 2

If you have any questions regarding the subject matter discussed herein, we are available to discuss at a time convenient for you.

### A. Viking improperly sued the wrong FedEx entity.

As an initial matter, FSC is not a proper defendant because FSC does not "operate phone repair and remanufacture facilities" as alleged in the complaint, nor has it ever operated such facilities.  Dkt. No. 1 at ¶¶ 26, 30.  FedEx entered the phone repair business through FedEx Corporation's acquisition of GENCO Distribution System, Inc. in 2015 as a distinct entity. Prior to that acquisition, GENCO, in 2010, had previously merged with ATC Technology Corp. ("ATC"), through which ATC Logistics & Electronics became part of GENCO.  ATC Logistics & Electronics, Inc. ("ACTLE"), was later, in 2017, renamed as FedEx Supply Chain Logistics and Electronics, Inc.  Viking was a supplier to ATCLE and should be familiar with the appropriate corporate entities and should have been capable of determining the correct entity if it had conducted a proper pre-suit investigation.

Moreover, we informed you of this error and requested that Viking at least amend its complaint (if not drop it due to the further deficiencies described below and others).  To date, Viking has not amended its complaint.  As a result, FSCLE has filed a declaratory judgment action for noninfringement in the District Court for the District of Delaware.

### B. Viking asserts a frivolous infringement claim based on a patent issued after FSCLE exited the business.

Viking has no reasonable basis to allege that FSC (or FSCLE, the only potentially relevant entity) infringed U.S. Patent No. 10,220,537 ("the'537 patent") because the patent was not issued until March 5, 2019, well after FSCLE exited the display assembly repair business.  FSCLE stopped its display assembly repair business at least as early as 2017.  Viking's infringement claim based on the '537 patent is thus frivolous and further demonstrates the failure to do a reasonable investigation.

And again, although counsel was informed of this fact and indicated it is not claiming to dispute it, Viking has not amended its complaint to drop this frivolous claim.

### C. Viking's other infringement allegations are factually baseless and inadequately investigated.

Viking's complaint is devoid of facts.  Its only infringement allegations are conclusory and demonstrably false.

Counsel admitted that the basis for this suit is that Viking assumes that, after FSCLE's predecessor stopped purchasing repaired display assemblies from Viking in 2015, it must have been purchasing them from another vendor, and that the patented process must have been used to repair those display assemblies.  This rank speculation is plainly insufficient basis for a lawsuit.



February 4, 2021
Page 3

And more, not only do the conclusory "factual contentions" in Viking's complaint lack the "evidentiary support" Rule 11 requires, (Fed. R. Civ. P. 11(b)(3)), they are demonstrably false.  For example, paragraphs 26 and 30 of the Complaint allege that "FedEx operates phone repair and remanufacture facilities where it practices the patented method of the [asserted] Patent to remove the glass cover from the underlying display as part of the remanufacturing process for display assemblies for smartphone and tablets." Dkt. No. 1 at ¶¶ 26, 30.  Paragraphs 27 and 31 allege that "FedEx . . . provid[es] remanufactured display assemblies for smartphones and tablets at its mobile device repair facilities throughout the United States, and by mail-in service." *Id*. at ¶¶ 27, 31.  Paragraph 13 alleges that "Today . . . almost 30 million broken display assemblies are replaced each year, resulting in a $3.4 billion annual market. . . . "FedEx's infringement of the Patents-in-Suit has allowed it to capture a large share of this replacement market." *Id*. at ¶ 13.  All of these statements are false.  Viking has no basis to allege that FSCLE purchased repaired display assemblies at all after it stopped purchasing them from Viking, much less that any such repaired display assemblies were produced using the patented method.

Even if Viking had not made affirmative misrepresentations in its Complaint, but instead had made those allegations "on information and belief" (*see id.* at ¶¶ 26-27, 30-31), that does not excuse Viking's failure to properly investigate its claims.  Pleading allegations "on information and belief does not relieve litigants from the obligation to conduct an appropriate investigation into the facts that is reasonable under the circumstances: it is not a license to . . . make claims . . . without any factual basis or justification." Fed. R. Civ. P. 11(b)(3) advisory committee's note to the 1993 amendments.

**D.  Viking has no remedy under Section 271(g).**

Viking is well aware that it cannot recover damages on its claim of infringement under Section 271(g) for the simple fact that it does not, and cannot, allege that FSCLE had notice of the patents at issue.  Nor can Viking allege that it has no adequate remedy against any FSC vendor.  Indeed, it has no idea who those vendors are (if any), if they are located outside of the United States or whether they are in fact infringing Viking's patents.  Further, Viking's entire Section 271(g) claim is frivolous, as it is based on the untenable theory that the mere minor step of removing glass in the repair of a consumer's previously manufactured product constitutes the creation of an entirely new product.  There is no basis for such a claim.

As noted, Viking has no basis to claim entitlement to the damages requested in the complaint.  Any material claim for damages fails because Viking cannot allege that FSCLE had notice of the '953 patent. All remedies under § 271(g) are barred by 35 U.S.C. § 287(b) before the accused infringer has been given "notice of infringement," defined as "actual knowledge, or receipt by a person of a written notification, or a combination thereof, of information sufficient to persuade a reasonable person that it is likely that a product was made by a process patented in the United States." *Id. at* § 287(b)(5)(A).  Viking does not allege such notice and cannot, as they do not even know if FSCLE ever bought repaired screens from any other entity. Its complaint is subject to dismissal as a result—and any amendment is futile because Viking has no basis to allege that FSCLE had notice of the '953 patent at any time until the filing of the complaint.



February 4, 2021
Page 4

In addition, Viking cannot show that it is unable to bring a claim against any of the entities who supplied FSCLE with the accused product, so it has no remedy against FSC.  This is plain from the statutory language of Section 35 U.S.C. § 271(g), which eliminates any remedy for infringement "unless there is no adequate remedy under this title for infringement on account of the importation or other use, offer to sell, or sale of that product."  Again, even if all of Viking's assumptions described above had evidentiary support (they do not), Viking lacks any factual basis to say that it does not have an adequate remedy against the entity that it believes supplied FSCLE with repaired display assemblies.

Even if all Viking's baseless assumptions about FSCLE's purchases of repaired display assemblies were true, Viking's Section 271(g) claim is frivolous here where the claimed process here does not make any product.  Here, the patents-at-issue are not directed to the manufacture of the phone or any part thereof but are instead directed to "replacement of displays shield/glass on devices such as mobile phones." *See, e.g.,* U.S. Patent No. 8,888,953, 1:16-17.  Nowhere in the patents does it mention "manufacturing" or "making" a device.  Arguing that removing glass from a display is the process "by" which a display or the phone is "made" would stretch 271(g) to its breaking point.

By analogy, the concept of permissible repair is long-established in patent law, and protects the purchaser's ability to make repairs necessary to prolong the life of the product without creating any infringement liability.  *See, e.g., Aro Mfg. Co. v. Convertible Top Replacement Co*., 365 U.S. 336, 345 (1961), *Hilleby v. FMC Corp*., 1993 WL 83417 at *2 (N.D. Cal. Jan. 20, 1993).  Permissible repair includes the disassembly of patented articles accompanied by replacement of unpatented parts that have become worn or broken.  *Jazz Photo* 264 F.3d at 1103).

Viking's lack of any material remedy and flawed damages theory confirm this lawsuit is exceptional under § 285. *See AdjustaCam, LLC v. Newegg, Inc.*, 861 F.3d 1353, 1361–62 (Fed. Cir. 2017) (finding case exceptional and holding that district court should have considered patentee's flawed "damages methodology as part of a totality-of-the-circumstances analysis," where patentee "filed a weak infringement case" and "asserted nuisance-value damages").

\*\*\*

The above issues highlight some of the numerous incurable deficiencies in Viking's complaint.  For at least these reasons, which would be evident to a reasonable litigant following an adequate pre-suit investigation, it is clear that Viking has no reasonable basis for pursuing any claim against FSC or FSCLE.  Viking and its counsel knew or should have known the factual contentions in the complaint to be false when it filed suit, thereby violating Rule 11.  By signing a complaint that contains these false allegations, Viking's counsel, at a minimum, failed to conduct the reasonable inquiry mandated by Rule 11.

In addition to rendering the filing of the complaint a violation of Rule 11, the failure to investigate makes this the "exceptional" case entitling FSC and FSCLE to an award of attorneys' fees.  *See, e.g., Thermolife Int'l LLC v. GNC Corp.*, 922 F.3d 1347, 1350 (Fed. Cir. 2019) (affirming "determination of



February 4, 2021
Page 5

exceptionality based on plaintiffs' inadequate pre-suit investigation of infringement"); *Taurus IP, LLC v. DaimlerChrysler Corp.*, 726 F.3d 1306, 1328 (Fed. Cir.2013) (affirming attorney fee award—"a party cannot assert baseless infringement claims and must continually assess the soundness of pending infringement claims").

FSC and FSCLE will pursue fees and costs attributable to Viking's unfounded claims, as well as sanctions, under Rule 11, the court's inherent authority, within 21 days thereof, 35 U.S.C. § 285 and *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545 (2014).  Pursuant to Rule 11(c)(2), enclosed is FSC and FSCLE's Motion for Sanctions.  FSC and FSCLE reserve all rights to assert additional defenses not articulated in this letter and to seek additional sanctions and costs to the fullest extent permitted by law.

Thank you for your prompt attention to this matter.

Very truly yours,

Katherine Vidal

## <u>CERTIFICATE OF SERVICE</u>

I, Samantha G. Wilson, hereby certify that on June 28, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Stephen B. Brauerman
> Ronald P. Golden III
> BAYARD P.A
> 600 N. King Street, Suite 400
> Wilmington, DE 19801
> (302) 655-5000
> sbrauerman@bayardlaw.com
> rgolden@bayardlaw.com
>
> *Attorneys for Defendant Viking Technologies, LLC*

I further certify that on June 28, 2021, I caused a copy of the foregoing document to be served by e-mail on the above listed counsel as well as the following counsel:

> Mark Raskin
> Robert A. Whitman
> Michael DeVincenzo
> Andrea Pacelli
> Charles Wizenfeld
> Eric Berger
> John Petrsoric
> Elizabeth Long
> KING & WOOD MALLESONS LLP
> 500 5th Avenue, 50th Floor
> New York, New York 10110
> (212) 319-4755

mark.raskin@us.kwm.com
robert.whitman@us.kwm.com
michael.devincenzo@us.kwm.com
andrea.pacelli@us.kwm.com
charles.wizenfeld@us.kwm.com
eric.berger@us.kwm.com
john.petrsoric@us.kwm.com
elizabeth.long@us.kwm.com

*Attorneys for Defendant Viking Technologies, LLC*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

Dated: June 28, 2021

*Attorneys for Plaintiff FedEx Supply
Chain Logistics and Electronics, Inc.*