# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., | )<br>)<br>)<br>) |
| *Plaintiff*, | ) C.A. No. 1:21-CV-00072-CFC-JLH<br>) |
| v. | ) JURY TRIAL DEMANDED<br>) **REDACTED VERSION** |
| VIKING TECHNOLOGIES, LLC,<br>*Defendant*.<br>_____ | )<br>)<br>) |

# **DECLARATION OF STEVEN A. BERRY**

Dated: June 22, 2021

OF COUNSEL:

Katherine Vidal (*pro hac vice*)
WINSTON & STRAWN LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
(650) 858-6500
kvidal@winston.com

Jeanifer E. Parsigian (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street, 35th floor
San Francisco, CA 94111
(415) 591-1000
jparsigian@winston.com

William M. Logan (*pro hac vice*)
WINSTON & STRAWN LLP
800 Capitol Street, Suite 2400
(713) 651-2600
wlogan@winston.com

Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
*apoff@ycst.com*
*swilson@ycst.com*

*Attorneys for Plaintiff FedEx Supply Chain Logistics and Electronics, Inc.*

28267723.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> VIKING TECHNOLOGIES, LLC, <br> *Defendant.* | ) ) ) ) ) ) C.A. No. 1:21-CV-00072-CFC ) ) JURY TRIAL DEMANDED ) ) ) ) |

### DECLARATION OF STEVE A. BERRY

I, Steve A. Berry, declare as follows:  at

1. My title is Vice President Customer Operations Technology, FedEx Supply Chain, Inc. The statements made herein are based upon my personal knowledge, and if called on as a witness, I would testify as to the following statements:

2. In 2015, FedEx Corporation acquired, as a distinct legal entity, GENCO Distribution System, Inc., ("GENCO") which, through one or more of its subsidiaries, was in the business of repairing mobile phones. Prior to said acquisition, in 2010, GENCO merged with ATC Technology Corp. ("ATC"), through which ATC Logistics & Electronics ("ATCLE") became part of GENCO. ACTLE was renamed in 2017 as FedEx Supply Chain Logistics & Electronics, Inc. ("FSCLE"). Since 2018, FSCLE has not purchased refurbished or remanufactured display assemblies or removed glass from or replaced glass in display assemblies.

3. FedEx and FSC are closely related entities that are part of the FedEx Supply Chain family. FedEx and FedEx Supply Chain, Inc. ("FSC") share a common corporate parent: FedEx Supply Chain Holdings, Inc. These companies, which also include their joint parent company,

1

FedEx Supply Chain Holdings, Inc., were acquired through the purchase of GENCO Distribution System, Inc. and its related companies, and were subsequently renamed.

4. Although FSC and FedEx are different legal entities, they are often referred to as "FedEx Supply Chain" internally.

5. FedEx and FSC perform many of the same services and FedEx businesses, and some of the same personnel direct or perform the same duties for both entities.

6. The same FedEx personnel have directed the conduct of both entities in this litigation and do not distinguish between litigation costs or responsibility incurred by either entity.

7. When it comes to litigation costs or liability incurred by either are equally harmful to the larger FedEx organization.

8. FedEx and FSC have common interests in this and other litigation.

9. The same personnel initiate litigation on behalf of FedEx and FSC, and the same personnel control the litigation conduct of FedEx and FSC.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 22nd day of June, 2021 at Memphis, TN.

*Steve Berry*
Steve A. Berry
Vice President Customer Operations Technology, FedEx Supply Chain, Inc.
FedEx Supply Chain, Inc.

## CERTIFICATE OF SERVICE

I, Samantha G. Wilson, hereby certify that on June 28, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Stephen B. Brauerman
>Ronald P. Golden III
>BAYARD P.A
>600 N. King Street, Suite 400
>Wilmington, DE 19801
>(302) 655-5000
>sbrauerman@bayardlaw.com
>rgolden@bayardlaw.com
>
>*Attorneys for Defendant Viking Technologies, LLC*

I further certify that on June 28, 2021, I caused a copy of the foregoing document to be served by e-mail on the above listed counsel as well as the following counsel:

>Mark Raskin
>Robert A. Whitman
>Michael DeVincenzo
>Andrea Pacelli
>Charles Wizenfeld
>Eric Berger
>John Petrsoric
>Elizabeth Long
>KING & WOOD MALLESONS LLP
>500 5th Avenue, 50th Floor
>New York, New York 10110
>(212) 319-4755

mark.raskin@us.kwm.com
robert.whitman@us.kwm.com
michael.devincenzo@us.kwm.com
andrea.pacelli@us.kwm.com
charles.wizenfeld@us.kwm.com
eric.berger@us.kwm.com
john.petrsoric@us.kwm.com
elizabeth.long@us.kwm.com

*Attorneys for Defendant Viking Technologies, LLC*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff FedEx Supply Chain Logistics and Electronics, Inc.*

Dated: June 28, 2021