# EXHIBIT A

**Petrsoric, John (US)**
___

| | |
|---|---|
| **From:** | Parsigian, Jeanifer <JParsigian@winston.com> |
| **Sent:** | Monday, January 18, 2021 3:06 PM |
| **To:** | Petrsoric, John (US); Vidal, Kathi; Raskin, Mark (US); sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US); Long, Elizabeth (US) |
| **Cc:** | Reig, Eimeric |
| **Subject:** | RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del. |

John,

Hope you had a nice weekend. I am writing to follow up on our conversation last week about plaintiff filing an amended complaint to name the correct entity, FedEx Supply Chain Logistics and Electronics, and extending defendant's deadline to respond to the amended complaint. We are hoping that you can file the amendment this week and we can agree on a date for our response. Please let me know if you are still amenable to that.

Best,
Jeanifer

**Jeanifer E. Parsigian**
**Partner**
Winston & Strawn LLP
T: +1 415-591-1000
D: +1 415-591-1469
F: +1 415-591-1400

winston.com



**From:** Petrsoric, John (US) <john.petrsoric@us.kwm.com>
**Sent:** Monday, January 11, 2021 7:23 AM
**To:** Vidal, Kathi <KVidal@winston.com>; Raskin, Mark (US) <mark.raskin@us.kwm.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

I accepted the invite and forwarded to the rest our KWM team.

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Monday, January 11, 2021 10:07 AM
**To:** Petrsoric, John (US) <john.petrsoric@us.kwm.com>; Raskin, Mark (US) <mark.raskin@us.kwm.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Thank you. I'll calendar 1:30-2. Who is joining from your end or shall I invite all?

**From:** Petrsoric, John (US) <john.petrsoric@us.kwm.com>
**Sent:** Monday, January 11, 2021 7:05 AM
**To:** Vidal, Kathi <KVidal@winston.com>; Raskin, Mark (US) <mark.raskin@us.kwm.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Either time works, but I'll suggest 1:30 PST as a starting point.

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Monday, January 11, 2021 8:58 AM
**To:** Petrsoric, John (US) <john.petrsoric@us.kwm.com>; Raskin, Mark (US) <mark.raskin@us.kwm.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Thank you, John.  Would 1:30 or 2:30 pst work today?

**From:** Petrsoric, John (US) <john.petrsoric@us.kwm.com>
**Sent:** Monday, January 11, 2021 5:51 AM
**To:** Vidal, Kathi <KVidal@winston.com>; Raskin, Mark (US) <mark.raskin@us.kwm.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Kathi –

We're generally available over the next couple of days.  If there's a day/time that works for you, let us know.

Thanks much,
John

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Saturday, January 9, 2021 3:26 PM
**To:** Raskin, Mark (US) <mark.raskin@us.kwm.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>; Petrsoric, John (US) <john.petrsoric@us.kwm.com>
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>; Parsigian, Jeanifer <JParsigian@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Adding John's correct email.  Thank you, Kathi

**From:** Vidal, Kathi
**Sent:** Saturday, January 9, 2021 11:01 AM
**To:** 'Raskin, Mark (US)' <mark.raskin@us.kwm.com>; 'sbrauerman@bayardlaw.com' <sbrauerman@bayardlaw.com>; 'rgolden@bayardlaw.com' <rgolden@bayardlaw.com>; 'DeVincenzo, Michael (US)' <michael.deVincenzo@us.kwm.com>; 'Long, Elizabeth (US)' <elizabeth.long@us.kwm.com>;

'john.petrsoric@us.kvm.com' <john.petrsoric@us.kvm.com>
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>; Jeanifer Parsigian (JParsigian@winston.com) <JParsigian@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Hi all.  I hope you are having a nice weekend.  Can we please set up a time to discuss early this week? Thank you, Kathi

---

**From:** Vidal, Kathi
**Sent:** Wednesday, January 6, 2021 10:04 AM
**To:** 'Raskin, Mark (US)' <mark.raskin@us.kwm.com>; 'sbrauerman@bayardlaw.com' <sbrauerman@bayardlaw.com>; 'rgolden@bayardlaw.com' <rgolden@bayardlaw.com>; 'DeVincenzo, Michael (US)' <michael.deVincenzo@us.kwm.com>; 'Long, Elizabeth (US)' <elizabeth.long@us.kwm.com>; 'john.petrsoric@us.kvm.com' <john.petrsoric@us.kvm.com>
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>; Jeanifer Parsigian (JParsigian@winston.com) <JParsigian@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Counsel – We've completed our initial investigation and would like to talk. Do you have time today or tomorrow? Thank you, Kathi

---

**From:** Vidal, Kathi
**Sent:** Wednesday, November 25, 2020 1:32 PM
**To:** 'Raskin, Mark (US)' <mark.raskin@us.kwm.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>; john.petrsoric@us.kvm.com
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Perfect! Thank you, Kathi

---

**From:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Sent:** Wednesday, November 25, 2020 1:30 PM
**To:** Vidal, Kathi <KVidal@winston.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>; john.petrsoric@us.kvm.com
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Great.  You can file at your convenience (our team is mostly gone at this point).

Unfortunately, I'm not by my computer and am not sure about the service date off the top of my head.

Have a happy and safe thanksgiving.

-Mark

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Wednesday, November 25, 2020 4:24 PM
**To:** Raskin, Mark (US) <mark.raskin@us.kwm.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>; john.petrsoric@us.kvm.com

3

**Cc:** Reig, Eimeric <EReigPlessis@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Hi Mark. Thank you for your quick response.  45-days would work great.  Do you want to file or should I? What do you have as the service date? Thanks much and happy holidays! Kathi

---

**From:** Raskin, Mark (US) <mark.raskin@us.kwm.com>
**Sent:** Wednesday, November 25, 2020 1:22 PM
**To:** Vidal, Kathi <KVidal@winston.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>; john.petrsoric@us.kvm.com
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>
**Subject:** RE: Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

Hi Kathi,

We have been agreeing to 30-45 days with other defendants.  I hope that works.

-Mark

---

**From:** Vidal, Kathi <KVidal@winston.com>
**Sent:** Wednesday, November 25, 2020 4:16 PM
**To:** sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; Raskin, Mark (US) <mark.raskin@us.kwm.com>; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>; john.petrsoric@us.kvm.com
**Cc:** Reig, Eimeric <EReigPlessis@winston.com>
**Subject:** Viking Technologies, LLC v. FedEx Supply Chain, D.Del.

[Resending as last send bounced. Thank you, Kathi]

Hi folks,

My partner Eimeric and I were retained by FedEx today to defend them in the above mentioned action.  We'd like to request an extension to answer or otherwise respond to Viking's complaint.  Can you please let us know if you can discus today?  Given the holidays, would your client be amendable to a 60 day extension? Thank you and have a wonderful Thanksgiving! Hope you are celebrating with family and friends (but not too many of them).  Kathi

**Kathi Vidal**
**Silicon Valley Managing Partner**
Winston & Strawn LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025
D: +1 650-858-6425
M: +1 650-272-7313

Bio | VCard | Email | winston.com



The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

This e-mail is from King & Wood Mallesons LLP, a New York Limited Liability Partnership. This email and any attachment is intended for the use of the individual or entity who is the intended recipient and may contain information that is privileged or confidential. If you have received this e-mail in error, please notify King & Wood Mallesons LLP immediately by replying to this e-mail and delete all copies of the e-mail and the attachments thereto (if any). Thank you.

Disclaimer: King & Wood Mallesons refers to the network of firms that are members of the King & Wood Mallesons network. See [www.kwm.com](www.kwm.com) for more information. Legal services are provided independently by each of the separate member firms. The term "partner" refers to any individual who is a member of any King & Wood Mallesons entity or an employee or consultant with equivalent standing and qualifications. No member firm nor any of its partners, consultants or employees acts as agent for any other member firm or any of its partners, consultants or employees. No individual partner, consultant, or employee in any member firm has authority to bind any other member firm.