# EXHIBIT D

## Petrsoric, John (US)

| | |
|---|---|
| **From:** | Petrsoric, John (US) |
| **Sent:** | Thursday, February 4, 2021 3:04 PM |
| **To:** | Parsigian, Jeanifer; Raskin, Mark (US); sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US); Long, Elizabeth (US) |
| **Cc:** | Vidal, Kathi; Dalke, David; Poff, Adam; Wilson, Samantha |
| **Subject:** | RE: Viking/FedEx DDE Cases |

Jeanifer –

We are in receipt of your letter and draft rule 11 motion.  As we've repeatedly told you, we are amending the complaint to substitute FedEx Supply Chain Logistics and Electronics, Inc. for Fedex Supply Chain, Inc.  We intended to amend today ahead of tomorrow's answer deadline.  In light of the accusations raised in your papers, we would like to extend the answer deadline another week and file the amendment next Thursday.  Please let us know if you agree.

Regards,
John

---

**From:** Parsigian, Jeanifer <JParsigian@winston.com>
**Sent:** Thursday, February 4, 2021 12:50 PM
**To:** Petrsoric, John (US) <john.petrsoric@us.kwm.com>; Raskin, Mark (US) <mark.raskin@us.kwm.com>; sbrauerman@bayardlaw.com; rgolden@bayardlaw.com; DeVincenzo, Michael (US) <michael.deVincenzo@us.kwm.com>; Long, Elizabeth (US) <elizabeth.long@us.kwm.com>
**Cc:** Vidal, Kathi <KVidal@winston.com>; Dalke, David <DDalke@winston.com>; Poff, Adam <APOFF@ycst.com>; Wilson, Samantha <SWilson@ycst.com>
**Subject:** Viking/FedEx DDE Cases

Counsel,

Please see attached.

Best,
Jeanifer


### Jeanifer E. Parsigian
**Partner**
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5840

D: +1 415-591-1469
F: +1 415-591-1400
Email | winston.com



Please consider the environment before printing this e-mail.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.