# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) C.A. No. 21-072-CFC-JLH ) |
| VIKING TECHNOLOGIES, LLC, | ) ) |
| *Defendant*. | ) ) ) |

## FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC.'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. LR 7.1.4, Plaintiff/Counterclaim-Defendant FedEx Supply Chain Logistics and Electronics, Inc. ("Plaintiff" or "FedEx") respectfully requests oral argument on its Motion for Voluntary Dismissal Under Rule 41(a)(2) and for Entry of Final Judgment Under Rules 54 and 58 (the "Motion") (D.I. 52), which was filed on July 14, 2021. Viking Technologies, LLC filed its response on July 27, 2021 and FedEx filed its reply on August 3, 2021. (D.I. 53 and 54.)

Subject to the Court's preference, counsel for FedEx also respectfully requests that any argument on the Motion be heard during the previously-scheduled hearing on August 20, 2021 for argument on, *inter alia*, FedEx's pending Motion for Sanctions (D.I. 18) and Motion for Attorney Fees (D.I. 38). (*See* D.I. 33, 47, 50.)

| | |
|---|---|
| Dated: August 10, 2021 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| | /s/ Samantha G. Wilson |
| | Adam W. Poff (No. 3990) |
| OF COUNSEL: | Samantha G. Wilson (No. 5816) |
| | Rodney Square |
| Katherine Vidal (*pro hac vice*) | 1000 North King Street |
| WINSTON & STRAWN LLP | Wilmington, DE 19801 |
| 275 Middlefield Road, Suite 205 | (302) 571-6600 |
| Menlo Park, CA 94025 | *apoff@ycst.com* |
| (650) 858-6500 | *swilson@ycst.com* |
| kvidal@winston.com | |
| | |
| Jeanifer Parsigian (*pro hac vice*) | *Attorneys for Plaintiff/Counterclaim-Defendant FedEx Supply Chain Logistics and Electronics Inc.* |
| WINSTON & STRAWN LLP | |
| 101 California Street, 35th floor | |
| San Francisco, CA 94111 | |
| (415) 591-1000 | |
| jparsigian@winston.com | |
| | |
| William M. Logan (*pro hac vice*) | |
| WINSTON & STRAWN LLP | |
| 800 Capitol Street, Suite 2400 | |
| Houston, Texas 77002 | |
| (713) 651-2600 | |
| wlogan@winston.com | |

28463610.1

## CERTIFICATE OF SERVICE

I, Samantha G. Wilson, hereby certify that on August 10, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Stephen B. Brauerman
>Ronald P. Golden III
>BAYARD P.A
>600 N. King Street, Suite 400
>Wilmington, DE 19801
>(302) 655-5000
>sbrauerman@bayardlaw.com
>rgolden@bayardlaw.com

>*Attorneys for Defendant Viking Technologies, LLC*

I further certify that on August 10, 2021, I caused a copy of the foregoing document to be served by e-mail on the above listed counsel as well as the following counsel:

>Mark Raskin
>Robert A. Whitman
>Michael DeVincenzo
>Andrea Pacelli
>Charles Wizenfeld
>Eric Berger
>John Petrsoric
>Elizabeth Long
>KING & WOOD MALLESONS LLP
>500 5th Avenue, 50th Floor
>New York, New York 10110
>(212) 319-4755

mark.raskin@us.kwm.com
robert.whitman@us.kwm.com
michael.devincenzo@us.kwm.com
andrea.pacelli@us.kwm.com
charles.wizenfeld@us.kwm.com
eric.berger@us.kwm.com
john.petrsoric@us.kwm.com
elizabeth.long@us.kwm.com

*Attorneys for Defendant Viking Technologies, LLC*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Adam W. Poff (No. 3990)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com
swilson@ycst.com

Dated: August 10, 2021

*Attorneys for Plaintiff FedEx Supply Chain Logistics and Electronics, Inc.*