IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FEDEX SUPPLY CHAIN LOGISTICS AND ELECTRONICS, INC., | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 21-72-CFC/JLH ) |
| VIKING TECHNOLOGIES, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 21st day of January 2022, having considered the Report and Recommendation by United States Magistrate Jennifer L. Hall on January 5, 2022, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Halls' Report and Recommendation (D.I. 57) is ADOPTED.

2. FSCLE's Motion for Sanctions Under Federal Rule of Civil Procedure 11, 35 U.S.C. § 285, and the Inherent Powers of the Court (D.I. 18) is DENIED.

3. FSCLE's Motion for Attorneys' Fees Under Federal Rule of Civil Procedure 54 and 35 U.S.C. § 285 (D.I. 38) is DENIED; and

4. FSCLE's Motion for Voluntary Dismissal under Rule 41(a)(2) and for Entry of Final Judgment under Rules 54 and 58 (D.I. 52) is GRANTED-IN-PART and DENIED-IN-PART. FSCLE's request to dismiss its claims without prejudice is GRANTED. FSCLE's request for entry of judgment is DENIED.

                                                                           _____
                                                                               Chief Judge